# FILED

JUL 18 2024 MCP

┌ THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| Carlas Antwine, and Estate Rebecca Antwine, | ) | Case No.: _____ |
| Et al, | | |
| Plaintiff(s), | ) | 1:24-cv-06065 |
| | | Judge LaShonda A. Hunt |
| | | Magistrate Judge Keri L. Holleb Hotaling |
| Vs. | ) | RANDOM/ CAT 4 |
| | ) | |
| Nationstar Mortgage, LLC D/B/A Mr. Cooper, | ) | **Trial by Jury** |
| Rushmore Servicing, U.S. Bank, National | ) | |
| Association, et al. | ) | |
| Defendant(s) | ) | |

### COMPLAINT

***Comes Now,*** Carlas Antwine and Estate Rebecca Antwine, Plaintiffs against Nationstar Mortgage, LLC d/b/a Mr. Cooper, and Rushmore Servicing, et al the current and servicer of her mortgage, respectively – have violated the Fair Housing Act *("FHA")*. The Plaintiff states the Defendants wrongfully and discriminatorily continue to demand payment on her mortgage despite their knowledge that the initial mortgagee, Mr. Cooper (Nationstar Mortgage, LLC) defrauded her, and used deceptive business practices such as claiming to perform a Mortgage Modification for a period of 90 days, and if that is successful, then they would reinstate the mortgage and place Carla Antwine on the new mortgage loan of said Estate of Rebecca Antiwine (deceased mother). The Defendants also breach the contract after the 90 days trial was completed. We furthermore, Motion the Court for a Production of Documents as it is our belief that

the Mortgage and the Note were sold, and not in the possession of Mr. Cooper at the time of the 90 days Trial Period that was originally negotiated with them by the Plaintiff. In accordance with *15 USC ss. 1692(i)* says (Attorneys or Servicers acting as debt collectors have no legal standing to initiate legal proceedings). And must do so in the Federal Court! This complaint is plead enough *"factual content that allows the Court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Ashcroft v. Iqbal, 556 U.S. 662, 678* (2009). The lender fails to adhere to a loan modification agreement and refinance or restructure accordingly. The lender also failed to provide proper notice of loan term changes. But in both cases, they result in breach of contract. The terms in the agreement and circumstances surrounding the formation of the agreement are unconscionable. This requires more than just a one-sided deal and slight unfairness. The agreement was grossly unfair to the point that the Plaintiff(s) has clearly been taken advanatage of to the point that it *"shocks the conscience"* to believe that such disregard for the rights of the Plaintiff are not even considered. But yet, the Defendants collect the 90 days Trial Period payments and then refuse to modify the agreement accordingly. The Defendants changed important terms in the agreement without notifying the Plaintiff(s). Furthermore, the Defendants didn't record in the County Recorder's of Deed's Office the Deed of Trust.

## PARTIES:

1. Carla Antwine, Plaintiff(s)
   4805 S. Shields Ave.
   Chicago, Illinois 60609
   (773) 355-6937

2. National Star Mortgage LLC, D/B/A "Mr. Cooper"

   8950 Cypress Waters Blvd.

   Coppell, Texas 75019

3. Rushmore Servicing
   P. O. Box 650783
   Dallas, Texas 75265

4. U. S. Bank, National Association Trustee
   EP-MN -01PR
   1200 Energy Park Dr.
   St. Paul, Minnesota 55108

### JURISDICTION AND VENUE:

1. This Court has jurisdiction over this matter pursuant to 5 U.S.C. 552(a)(4)(B), (6)(C)(i) and 28 U.S.C. 1331.
2. Venue is proper in this Court under 5 U.S.C. 552(a)(4)(B) because Plaintiff resides in this district.
3. Jurisdiction of this Court is invoked pursuant to Title 28 of the United States Code, Section 1331 and 1343, this being a suit in equity authorized by Title 42 of the United States Code, Section 1983 Jurisdiction is further invboked under Title 28 of the States Code. The Plaintiff, a resident of the State of Illinois, sues Defendant(s) cause her severe damages in excess of over $5,000,000, exclusive of costs and other interests, as a result of Fraud perpetuate by Circuit Court of Cook County Circuit Courts.The United States District Court has Original Jurisdiction, exclusive of the court of the states, over al civil actions where the matter in controversy is no less than $75,000 exclusive of the interests and costs, and is between citizens of different states. They must grant my motion because the jurisdictional amount is criteria is fully met. And the District Court has Diversity Jurisdiction 28 U.S.C. 1332.

4.  The Federal Court has jurisdiction under 28 U.S.C. 1331, arises pursuant to federal laws or statutes that apply to this case, and the district courts have subject matter jurisdiction in all civil actions arising under the Constitutuion, Laws, or Treaties of the United States. This is clearly a case of federal question. This is a non-criminal case. Under Article III of the U.S. Constitution. The Constitution and 28 U.S.C. 1332 vest Federal Courts with jurisdiction to hear cases that *"arise under"* federal law. The constitution vest Federal Courts with the authority to hear cases "arising under the Constitution or the Laws of the United States. *"U.S. Const. Art. III, 2. 15 Moore's Federal Practice Paragraph 103.02" (noting the Article III and statutory requirements).* Both the Constitution and 1331 use the same *"arising under"* language. The Supreme Court has interpreted the Constitutional use of *"arising under"* differently than the congressional use of *"arising under",* Article III *"arising under".* Jurisdiction is broader than federal question jurisdiction under 1331. *Verlinden B.V. vs. Central Bank of Nigeria.* 461 U.S. 480, 495 (1983). (Holding that foreign Sovereign Immunities Act of 1976 does not violate Article III of the Constitution). Jurisdiction was therefore upheld. Also see *Int'l Union Operating Eng'rs vs. Ward,* 563 F.3d 276 (7th Cir. 2009) (citing Verlinden, 461 U.S. at 494-95). The Supreme Court has recognized tow *"threshold grounds"* on which a court can resolve a case without addressing subject matter jurisdiction: (1) personal jurisdiction and (2) forum non conveniens. *Ruhgras AG vs. Marathon Oil Co.,* 526 U.S. 574 (1999) *("Customarily, a federal court first resolves doubts about its jurisdiction over the subject matter, but there are circumstances in which a district court appropriately accord priority to a personal jurisdiction inquiry."); Sinochem Int'l Co. Ltd. Vs. Malysia Int'l Shipping Corp.,* 549 U.S. 422, 425 (2007) (applying exeption to forum non convieniens). The Ninth Circuit has held that the personal jurisidiction exception to the jurisdiction-first rules is limited to cases where deciding the personal jurisdiction issue would result in the end of the case.

5.  *Freeman V. Burlington Broadcasters,* Inc. 204 F.3d 311, 317 (2d Cir. 2000) (noting that *"a state law complaint, filed in a state trial court, that tries to anticipate a*

*defense of federal preemption will not support federal question removal jurisdiction unless the limited doctrine of complete preemption applies").* Under the complete-preemption doctrine, even if a plaintiff seeks "*a remedy available only under state law"* the complaint will still raise a federal question for any cause of action that *"comes within the scope"* of the preempting federal cause of action. *Franchise Tax Bd. Vs. Constr. Laborers Vacation Trust,* 463 U.S. 1, 23-24 (1983) (citing *Avco Corp. Vs. Aero Lodge No. 735, Int'l assn. of Machinists*, 290 U.S. 557 (1968) (Jurisdiction upheld).

## CAUSES OF ACTION ONE:

**Failure to show Production of Documents: 15 U.S.C. 49 Documentary evidence: depositions; witnesses.**

For the purposes of this subchapter the Commission, or its duly authorized agent or agents, shall at all reasonable times have access to, for the purpose of examination, and the right to copy any documentary evidence of any person, partnership, or corporation being investigated or proceeded against, and the Commission shall have power to require by subpoena the attendance and testimony of witnesses the production of all such documentary evidence relating to any matter under investigation. Any member of the Commission may sign subpoenas, and members and examiners of the Commission mayu admisister oath and affirmations, examine witnesses, and receive evidence.

Such attendance of witnesses, and the production of such documentary evidence, may be required from any place in the United States, at any designated placeof hearing. And in case of disobedience to a subpoena the Commission may invoke the aid of any court of the United States is requiring the attendance and testimony of witnesses and the production of documentary evidence.

Any of the District Courts of the United States within the jurisdiction of which such inquiry is carried on may, in case of contumacy or refusal to obey a subpoena issued to

any person, partnership, or corporation issue an order requiring such person, partnership, or corporation to appear before the Commission, or to produce documentary evidence if os ordered, or to give evidence touching the matter in question; and any failure to obey such order of the court may be punished by such court as a contempt thereof.

The Commission may order testimony to be taken by deposition in any proceeding or investigation pending under this subchapter at any stage of such proceeding or investigation. Such depositions may be taken before any person designated by the commission and having power to administer oaths. Such testimony shall be reduced to writing by the person taking the depositon, or under his direction, and shall then be subscribed by the deponent. Anyu person may be compelled to appear and depose and to produce documentary evidence in the same manner as witnesses may be compelled to appear and testify and produce documentary evidence before the Commission as hereinbefore provided.

## CAUSES OF ACTION TWO:

**Mortgage Fraud Title: 18 U.S.C. 1014 814 False Statements**

Section 1014 of Title 18, United States Code, covers the knowing making of false statements or willfully overvaluing any property or security for the purpose fo influencing in any way the action of the enumerated agencies and organizations.

Venue is governed by the general rule under the various false statement and fasle claim statutes. See *United States Vs. Blecker,* 657 F. 2d 629, 632 (4th Cir. 1981), cert. denied, 454 U.S. 1150 (1982) (false claim statute). A violation of section 1014 is indictable either in the district in which the fase statement is prepared and mailed, or in which the statement is received. See *United States v. Wuagneux,* 683 F.2d 1343, 1356 (11th Cir., 1982), cert. denied, 464 U.S. 814 (1983).

Generally, the making of a number of false statements to a lending institution in a single document constitutes only one criminal violation under section 1014. See *United States v. Sue*, 586 F.2d 70, 71 (8th Cir., 1978). See also *United States v. Thibadeau*, 671, F.2d 75, 79 (2nd Cir. 1982). However, in *Bins v. United States*, 331 F.2d 390 (5th Cir.), cert. denied, 379 U.S. 880 (1964), the court of appeals found duplicity in an indictment that charged the defendant in each count with making false statements on two different FHA forms. In *United States v. Canas*, 595 F. 2d 73, 78 (5th Cir. 1979), the United States Court of Appeals for the Fifth Circuit distinguished Bins and found that an indictment can properly charge in a single count false staements made on different documents as long as the documents are necessary parts of a loan package meant to obtain a single loan.

## CAUSES OF ACTION THREE:

**Breach of Contract Title: 41 U.S.C. 6503 Breach or violation of required contract terms.**

(a) Applicable Breach or Violation – This secton applies in case of breach or violation of a representation or stipulation included in a contract under SECTION 6502 OF THIS TITLE.

(b) Liquidated Damages – In addition to damages for any otrher breach of the contract, the party responsible for a breach or violation described in subsection (a) is liable to the Federal Government for the following liquidated damages:

(1) An amount equal to the sum of $10 per day for each individual under 16 years of age and each incarcerated individual knowlingly employed in the performance of the contract.

(c) Cancellation and Alternative Completion – In addition to the Federal Government being entitled to damages described in subsection (b), the agency of the United States that made the contract may cancel the contract and make

open-market purchases or make other contract for the completion of the original contract, charging any additional cost to the original contractor.

(c) Recovery of Amounts Due – An amount due the Federal Government because of a breach or violation described in subsection (a) may be withheld from any amounts owed the contractor under any contract under SECTION 6502 OF THIS TITLE or may be recovered in a suit brough by the Attorney General.

## CAUSES OF ACTIONS FOUR:

This is a wrongful foreclosure and action are brought against the mortgage lender, the mortgage servicer, the holder of the note, and/or the trustee which is U.S. Bank, N.A., which is the actual party filing for the foreclosure! And, its unlawful for a Trustee to bring litigation against a homeowner for foreclosure. Whereas, the defendants fail to honor the forebearance. The defendants were engaged in practices that violate the 1968 Truth in Lending Act (TILA). The defendants fail to comply with the loan modification agreement presented in this case as evidence against them with the 90 days Trial Period. The defendants fail to give the plaintiff(s) timely notice that they are entitled to receive under Federal Laws and State Laws, such as a Notice of Default, a Pre-Foreclosure Breach Notice, and a Notice of Special Protections that the Plaintiff(s) have if they are in the military.

## BACKGROUND

On October 5th 2023 executed a mortgage with Mr. Cooper, for a Trial Period of 90 days for the house located at 4805 S. Shields in Chicago, Illinois 60609 in order to qualify to have her name place upon the mortgage upon its compeletion. It was at this time that Mr. Cooper's referred us to their sister brand, Rushmore Servicing. On October 20th

2023, the mortgage would from this point forward be handled by Rushmore Servicing Group. According to their paperwork the Rushmore Servicing team was fully empowered to assist Carla Antwine take the steps necessary to avoid foreclosure and get their mortgage back on track! Accordingly, they have the tools, expertise, and experience to work with Carla Antwine and assure her that they would find a plan that works best for her. A copy of this Letter is included in this complaint as **Exhibit A.** But unbeknown to Carla Antwine Mr. Cooper's had sold the mortgage to Rushmore Servicing, so the issue of *"Chain of Title"* is in question now, and a request for Production of Documents is in order. For their part, neither Mr. Cooper's nor Rushmore Servicing originated Carla Antwine loan or lent her any money. In 2024, Rushmore Servicing initiated foreclosure proceedings against Carla Antwine, who allegedly had failed to continue to make her monthly mortgage payments, even though they had not fulfilled their promised obligation of placing her name on the mortgage of the Estate of Rebecca Antwine.

In fact, Carla Antwine just discovered that at the present time Rushmore Servicing has place the house at 4805 S. Shields in Chicago, Illinois 60609 back on the market for sale! Without even notifying Carla Antwine of these actions executed by them, while at the same time trying to collect mortgage money for an alleged new 90 days trial period in order to place her name on the mortgage, as they had previously done in October of 2023. They way that Carla Antwine found this to be true as a matter of record is when she was in discussions with Chicago Title Company and they made her aware of the situation that she was facing. The Plaintiff gave them a copy of her Social Security Administration Benefit Verification Letter **Exhibit B**. A copy of Rushmore Servicing Letter after the 90 days Trial Period had expired from a Loan Specialist **Exhibit C**. A copy of the Default-BPO-AVM-Appraisal Letter from Mr. Cooper **Exhibit D**. A copy of Voxtur (Broker Price Opinion **Exhibit E**. A copy of CA Risk Profiler **Exhibit F**. A copy of Mortgage Assistance Application dated March 8th 2024 **Exhibit G.** And what they will show conclusively is that Mr. Cooper breach the contract, intentionally lied, and defrauded the

Plaintiff. The Defendant(s) failure to product the production of documents in pursuant to 15 U.S.C. 49. The Defendant(s) Engaged in Mortgage Fraud pursuant to Title 18 U.S.C. 1014. And The Defendant(s) Breached the contract that was negotiated with the Plaintiff(s) pursuant to Title 41 U.S.C. 6503. The impact of this wrongful foreclosure, if not resolved or reversed, can have severe years-long impacts on homeowners. From the immediate issues of relocating and the financial and emotional stress it can create, to further in the future when things like adversely affected credit scores can affect future ability to buy things like homes or even cars! The lender had a legal duty, and breached that duty, from the lender to the borrower, and there is a provable link between the breach and the wronged borrower, and damages for the wronged borrower.

### CLAIMS:

There is a contract with Nationstar Mortgage, LLC DBA Mr. Cooper, and Rushmore Servicing, Et al. Therefore, the defendant(s) that the plaintiff didn't fulfill their obiligation under the 90 days Trial Period, however the Plaintiff have all the documents to prove that this was not the case and has submitted said documents in this original complaint as proof, marked according to the Exhibits listed above. The mere fact that the Defendant(s) did not honor their end of the 90 days trial period is sufficient reason to sue them for breach of contract. And because these set of facts are true, entitle the Plaintiff to be awarded a remedy by a Court of Law. The bank (Defendants) agreed to modify their mortgage loans permanently instead of forclosing. Instead of following through with the agreement, though, the bank took the payments then refused to honor the permanent modicication agreement. As a result, the homeowner's Plaintiff(s) property have now been brought into the foreclosure process, and to be put up for sale. The exhibits that I produce with this complaint wil prove that the mortgage lender's Plaintiff(s), actions were fraudulent or at the very least their conduct was harmful!

The lender didn't follow the required procedures. After the agreed upon 90 days trial period for the Plaintiff(s), the lender didn't have a valid legal reason to proceed with foreclosure and sale of the home of the Plaintiff(s). It seems to be a conspiracy between the mortgage lender, the mortgage servicer, the holder of the note, and/or the trustee. Some of the main reasons for this wrongful foreclosure procedure is the following:

1) The lender failed to apply the 90 days Trial Period payment correctly in accordance with the agreement made with the Plaintiff(s).
2) The lender failed to honor the Plaintiff(s) forebearance agreement;
3) The lender was engaging in practices that violate the 1968 Truth in Lending Act (TILA).
4) The lender failed to comply with the loan modification agreement; and/or
5) The lender failed to give the Plaintiff(s) timely notices that they are entitled to receive under Federal and State Law, such as a Notice of Default a Pre-Foreclosure Breach Notice.

Since the mortgage lender has breached the terms of the Plaintiff(s) loan agreement or Promissory Note, then I demand that the mortgage lender Produce the Promissory Note to prove that they have the note otherwise they incur punitive damages as well.

Seeing that the mortgage lender owed the Plaintiff(s) a legal duty, and breached thaty duty, and because of that breach has caused some serious injuries and losses to the Plaintiff(s). And these damages, proves that the mortgage lender didn't operate in good faith, and I motion this Court for a dismissal of the foreclosure. And, furthermore, I am suing the mortgage lender for those incurred damages. I truly believe that when the Court sees the preponderance of evidence provided by the Plaintiff(s), it will see that the Plaintiff(s) is entitled to the injunction and that without it the borrower Plaintiff(s) will experience irreparable harm.

In recent years, wrongful foreclosure lawsuits are on the rise! It seems to suggest a pattern with the illegal practices of mortgages lenders, as in this matter that is before the Court presently. I even have audio recordings of the communications with the mortgage servicer(s) where they have admitted to some of these ergregious practices that are common place within the mortage loan industry.

## RELIEF REQUESTED:

*WHEREFORE,* Plaintiff respectfully requests that this Court: Prays that the Defendant(s) and all persons acting on its behalf be enjoined from foreclosing on my home, and selling it in the open market. And that the District Court rules in my favor based solely upon the Perponderance of Evidence that proves that all that I have declared in this complaint is faithful and true. The Plaintiff further Prays for such other general or specific relief amy be proper in the premises such as financial renumeration in the amount of $500,000 for damages, and injuries, as well as emotion stress.

Respectfully submitted,

*Carla Antwine*

Carla Antwine, Pro Se

4805 S. Shield

Chicago, Illinois 60609

(773) 355-6937

 *mr.* **cooper** PO Box 619097
Dallas, TX 75261

CHANGING THE FACE OF HOME LOANS

06/29/2023





OUR INFO
ONLINE
www.mrcooper.com



1059 3 MB 0.531   T3 P1   AUTO   944721.1-NNNN-31 138847
ESTATE OF ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

YOUR INFO
LOAN NUMBER
0621552215

PROPERTY ADDRESS
**4805 S SHIELDS**
**CHICAGO, IL 60609**

Dear ESTATE OF ANTWINE:

We have reviewed your application for mortgage assistance. Please find a summary of the programs for which you were evaluated below, based on the eligibility requirements of U.S. Bank Trust Company National Association, the owner/guarantor/trustee of your mortgage loan. U.S. Bank Trust Company National Association requires us to review your application for the options available to you in a certain order. This means that if you are approved for an option higher in the order, you may not qualify for options that are lower down on the list.

Please note that we have reviewed you for options that would allow you to keep the property and for options that would mean that you would not keep the property. Although you may have requested a specific loss mitigation option, we have evaluated you for all other available options to ensure you have sufficient information to make an informed decision.

- **Alternative Modification** - Approved
- **Alternative Modification** - Not Available
- **Short Sale** - Conditionally Approved
- **Deed In Lieu** - Conditionally Approved

If approved for any options, please note that these options are available only to the named Borrower(s) referenced above. If you have obtained the property through death, divorce, or other means and you qualify as a successor in interest, you may still be eligible for loss mitigation options, but we will need additional information to confirm your identity and ownership interest in the property. Please contact us to discuss your next steps.

Detailed information about the available loss mitigation programs and our analysis of your eligibility are provided below. You may find you are approved, or conditionally approved, for several different options. If you are eligible for more than one option, you may only accept one offer. Please note the deadlines to respond to each offer because if you do not respond in time, we will treat that as a rejection of the offer. To appeal a modification denial, you must appeal by the specified deadline.

Please be sure to read the instructions related to each option carefully. Please note that, unless specified otherwise, the instructions in each section relate only to the option discussed in that section.

I. **Retention Options:** Retention options allow a borrower to continue to make payments and remain in the property.

    A.    **Reinstatement:** A reinstatement is a single lump-sum payment to bring the mortgage current by paying all past due amounts, including amounts paid on a borrower's behalf, if any, as a result of failure to pay the mortgage on time.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally 

cooper



**To Reinstate your mortgage, please refer to your Monthly Billing Statement.**

**B.   Modification:** A modification changes the terms of the loan to cure past-due amounts and usually provides for more affordable payments.

We are offering you the opportunity to enter into a loan modification trial period plan under the Alternative Modification Program. This is the first step toward qualifying for a **permanent** loan modification. If you satisfy all of the terms of the offer, successfully complete the trial period plan by making the required payments, and return a signed loan modification agreement, we will sign the loan modification agreement and your loan will be permanently modified.

It is important that you read all of this information so you completely understand the actions you need to take to successfully complete the trial period plan to permanently modify your mortgage.

**Step 1: Contact Us or Send Your First Trial Period Plan Payment to Prevent Foreclosure Proceedings**
**You must do one of these by 7/13/23:**

 ✓ Contact us by phone or in writing to let us know if you intend to accept this offer; **OR**
 ✓ Send your first trial period plan payment of $692.80 to accept this offer.

If you do not contact us or send your first trial period plan payment by **7/13/23**, foreclosure proceedings may be started or continue.

Mr. Cooper
PO Box 619097
Dallas, TX 75261

Phone: 866-316-2432

**Step 2: Make Your Trial Period Plan Payments (Payment Options Provided Below)**

 ✓ To successfully complete the trial period plan, you must make the trial period plan payments below.

| Trial Period Plan Payments Schedule* | | | | |
|---|---|---|---|---|
| Installment | Payment Due Date | Principal and Interest Portion of Total | Taxes and Insurance Portion of Total* | Total Trial Period Plan Payment** |
| 1st payment | 08/01/2023 | $262.74 | $430.06 | $692.80 |
| 2nd payment | 09/01/2023 | $262.74 | $430.06 | $692.80 |
| 3rd payment | 10/01/2023 | $262.74 | $430.06 | $692.80 |

\* Please note that your monthly taxes and insurance payment is subject to change.

\*\*If you submit your first trial period plan payment by 7/13/23, follow this schedule for your subsequent trial period plan payments only. For the subsequent months, we must receive your trial period plan payments on or before the last day of the month shown in the above chart.

**We must receive each trial period plan payment in the month in which it is due.** If we do not receive a trial period payment by the last day of the month in which it is due, this offer is revoked and we may refer your mortgage to foreclosure. If your mortgage has already been referred to foreclosure, foreclosure related expenses may have been incurred, foreclosure proceedings may continue, and a foreclosure sale may occur.

**cooper**

Make the trial period plan payments in place of your normal monthly mortgage payments. Be sure to only send one trial period plan payment each month in the amount specified in the chart. If you make more than one payment or payments that exceed the specified amount, final approval of your permanent modification agreement could be jeopardized.

Note that if this is a first lien mortgage, your trial period plan payments includes escrow payments for property taxes and homeowners insurance. If your monthly mortgage payments previously did not include escrow, your trial period plan payment amount may be higher than your prior payments. If the cost of your escrowed items increases, your monthly payment may increase as well.

**Step 3: Sign and Return the Loan Modification Agreement** – Your modified terms will take effect only after:

    ✓ You have signed and submitted your loan modification agreement (which we will send you near the completion of the trial period plan);
    ✓ We have signed the loan modification agreement and returned a copy to you upon completion of the trial period plan; AND
    ✓ The modification effective date set forth in the loan modification agreement has occurred.

*Note: If you have completed the Trial Period Plan but the permanent modification has not yet been finalized, please continue making payments in the amount specified in the Trial Period Plan Payment Schedule until the permanent modification has been signed by all parties.*

It is important that you thoroughly review the **Additional Trial Period Plan Information and Legal Notices and Frequently Asked Questions** information attached.

**Modification Terms**

Below is a comparison of your current loan terms versus the estimated terms if your account is modified. We can only estimate the modified terms because the amounts reflected in the chart below can vary. Depending on when the permanent modification is completed, additional interest, expenses, fees, or costs may be incurred.

| | Current P&I Payment And Terms | Estimated Modified P&I Payment And Terms** |
|---|---|---|
| **As of Date** | 4/13/2016 | 11/13/2023 |
| **Principal and Interest Payment*** | $267.32 | $262.74 |
| **Interest Rate** | 14.500% | 8.274% |
| **Remaining Term** | 30 | 480 |
| **Maturity Date** | 9/19/2018 | 10/13/2063 |
| **Deferred Principal**** | $0.00 | $0.00 |
| **Unpaid Principal Balance** | $6,509.89 | $40,492.84 |

*Your current and new total monthly payment may include an escrow payment for property taxes, hazard insurance, and other escrowed expenses, unless its inclusion is prohibited by applicable law. Please note that this amount is not reflected in this table.
**For more information on deferred principal, review the Frequently Asked Questions.

Note that the above Estimated Modified Unpaid Principal Balance may be different from your current Unpaid Principal Balance ("UPB"). This is because the modified UPB may include certain arrearages, fees and costs which have been capitalized. This means they have been added to your loan's UPB as permitted by applicable law and investor requirements.

A breakdown of the Estimated Modified Unpaid Principal Balance for your loan is provided below.



**mr.**
**cooper**
CHANGING THE FACE OF HOME LOANS

### Estimated Unpaid Principal Balance Breakdown

| | |
|---|---|
| Current UPB | $6,509.89 |
| Delinquent Interest | $0.00 |
| Escrow Advances | $21,543.98 |
| Servicer Advances* | $6,268.05 |
| Deferred Principal | $0.00 |
| Estimated New UPB** | $40,492.84 |

*This amount may include allowable attorney fees and costs, property preservation expenses, inspection fees, and/or other expenses if allowed by state law and/or investor requirements.
**This amount may include anticipated advances and/or credits during the trial period plan which are not itemized above.

## What Else Do You Need to Know?

- The terms of your existing note and mortgage remain in effect until the mortgage is permanently modified. However, while you are making your monthly trial period plan payments and otherwise remain in compliance with this trial period plan, foreclosure proceedings will not start or continue.
- There are no modification processing fees for this trial period plan or for modifying your mortgage.
- If your mortgage is modified, we will waive all unpaid late charges.
- Once your mortgage is permanently modified, there will be no penalties for paying more than the amount due or for paying off the mortgage early.





## Frequently Asked Questions



**Q. What is a trial period plan?**

- A trial period plan is a temporary payment relief period that allows you to demonstrate that you can consistently manage the estimated modified mortgage payment.

**Q. How does the modification work?**

- A loan modification changes some of the terms of your mortgage, such as monthly payment, interest rate, and maturity date, which may make your payment more affordable.
- You will repay the new interest-bearing mortgage balance in equal monthly payments over the modified term.
- To permanently modify your mortgage, you first need to successfully complete the trial period plan. Your modified mortgage payment will be based on the interest-bearing unpaid principal balance as of the end of the trial period and may be moderately different than the trial period plan payment, which is an estimate of your modified mortgage payment.
- Once you make all of your trial period plan payments on time and meet all of the terms in this trial period plan, you must sign and return the loan modification agreement. Once we determine you have complied with the trial period plan requirements, we will sign the loan modification agreement and send a copy back to you for your records.

**Q. What is deferred principal?**

- Deferred principal is a portion of the unpaid mortgage balance for which repayment is delayed. If your modified terms include deferred principal your due date for this amount would be the earliest of 1) the date you sell or transfer the property; 2) the date you refinance the modified mortgage; 3) the date you pay off the interest-bearing unpaid principal balance of the modified mortgage; or 4) the new maturity date of the modified mortgage. Interest is not charged on any deferred principal.

**Q. How will a trial period plan and loan modification impact my credit?**

- A trial period plan and loan modification may result in your credit score being adversely affected. Credit reporting agencies generally consider the entry into a trial period plan and loan modification as an increased credit risk. Please note, however, that continued delinquency, including a foreclosure, would have a more negative impact to your credit score.
- We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a trial period plan in accordance with applicable law.
- Once your loan is modified, you will be considered current on your mortgage and your credit score may improve so long as you make your payments on time.
- For more information about your credit score, go to: https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores/.

**Q. What if I need further assistance?**

- Please contact us anytime at 866-316-2432, especially if you experience another event that may prevent you from making your mortgage payment.
- If you are experiencing a financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.
- For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, information on state or local government mortgage assistance programs that may be available, and may be able to provide translation or other language assistance, contact one of the following federal government agencies:
  - The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
  - The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp





**Q. Why do I need to contact you within 14 days?**

- It is important to contact us within 14 days of the date of this letter. If your mortgage has already been, or is about to be, referred to foreclosure, contacting us will stop the foreclosure process. You can also stop the foreclosure process by sending the first trial period plan payment within 14 days of the date of this letter, which is earlier than the due date for the first trial period plan payment in Step 2.
- If your mortgage has already been referred to foreclosure, a foreclosure sale may occur if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.
- You may also incur additional expenses related to foreclosure if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.

**Q. Can I still receive a modification if I do not contact you or send the first trial period plan payment within 14 days?**

- Yes, except in the limited circumstances where a foreclosure sale occurs before the due date of the first trial period plan payment. However, you must make each of the trial period plan payments on time and then sign the final modification agreement as required in Steps 2 and 3.

**Q. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**

- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

**Payment Options:**

**Mail:** Mr. Cooper
Attn: Payment Processing
PO Box 650783
Dallas, TX 75265-0783

**Overnight Delivery:** Mr. Cooper
Attn: Payment Processing – 650783
3000 Kellway Drive, Suite 120
Carrollton, TX 75006

**Online Payment** allows you to log on to your account anytime to make a payment. Log onto www.mrcooper.com. There is no charge for this service.

**Phone Payment** is a pay-by-phone service provided through our phone system. There is no charge for this service. Call 888-480-2432.

**MoneyGram® ExpressPayment®** ensures same-day delivery of your payment. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union® Quick Collect®** ensures same-day delivery of your payment. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the Quick Collect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper
Code City: MRCOOPER
State: TX
• All Quick Collect transactions require cash. Western Union will charge a fee for this service.



**cooper**

CHANGING THE FACE OF HOME LOANS

## Additional Trial Period Plan Information and Legal Notices

**We will not refer your loan to foreclosure or proceed to foreclosure sale during the trial period plan, provided you are complying with the terms of the trial period plan:**

- If your complete application was received less than 37 days prior to a scheduled foreclosure sale date, there is no guarantee that we can stop the foreclosure sale or that a court with jurisdiction over the foreclosure proceeding or public official charged with carrying out the sale will permit us to halt the sale.
- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the trial period plan or no longer qualify for a permanent loan modification.
- We will hold the trial period plan payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. Unless required by applicable law, there will be no interest paid on the funds in the account and any funds in the account at the end of the trial period plan will be deducted from the amount that will be added to your principal balance.
- Our acceptance of your payments during the trial period plan does not waive our right to require immediate payment in full of all amounts you owe on your mortgage, including the right to resume or continue foreclosure action if you fail to comply with the terms of the plan. Entering a trial period plan does not mean that your mortgage will be considered current, unless your payments under the plan completely resolve all past due amounts.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to pay any such amounts as part of your monthly payment.**

- If this is a first lien mortgage, any prior escrow waiver that allowed you to pay directly for taxes and insurance is revoked as a part of the trial period plan. We may establish an escrow account immediately, and you will pay required escrow payments into that account, unless not allowed by applicable law. In this case, a portion of your trial period plan payment will cover these required escrow payments.

**Your current mortgage documents remain in effect; however, you are permitted to make the trial period plan payment instead of the current monthly payment required under your mortgage documents:**

- All the terms of your current mortgage note and mortgage document remain in effect during the trial period plan. Nothing in the trial period plan shall be understood to be a satisfaction or release in whole or in part of your obligations contained in the mortgage documents.

**We reserve the right to revoke this offer or terminate the trial period plan following your acceptance if we learn of information that would make you ineligible for the trial period plan or loan modification.** In this event, we may exercise any of the rights and remedies provided by the loan documents and applicable law

**Your mortgage will not be modified if you sold or transferred any interest in the property in violation of your mortgage loan documents.**

**If you fail to comply with the terms of the trial period plan, or later fail to comply with the terms of the modification agreement after completion of the plan, you may be ineligible for another loan modification.**

- **Alternative Modification** - Approved
- **Alternative Modification** - Not Available

Please note, as the servicer of your loan, we are responsible for responding to any questions related to investor requirements or the review of your request for assistance.



**Right to Appeal**

You have the right to appeal any loan modification denial listed above within 14 calendar days from the date of this notice. The appeal must be in writing, state that you are requesting an appeal of our decision, and must be sent to the mailing address below. You must include in the appeal your name, property address, and mortgage loan number. Please specify the basis for your dispute, and include any documentation you believe is relevant to the appeal, such as property valuation or proof of income.

Mr. Cooper
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

If you elect to appeal:

- We will provide you a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.
- If you have received another loss mitigation offer, you do not have to accept that offer until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification described above, we will send you an offer for that modification. In that case, you will be given 14 calendar days from the date of the appeal decision to let us know that you intend to accept the current offer or the new modification offer.
- Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage during the appeal.

**II. Non-Retention Options:** A non-retention option allows a borrower to transition out of their property without going through foreclosure. Non-retention options include Short Sales or Deeds-In-Lieu (sometimes known as a Mortgage Release).

    **A. Short Sale:** This option permits a borrower to sell their home for less than the balance remaining on the mortgage loan. Depending upon applicable law and investor requirements, a borrower may or may not be required to pay funds to reduce the difference between the amount owed and the approved purchase price.

Based on a careful review of your information, we are offering you an opportunity to pursue a short sale subject to the conditions set forth below. A final decision on the short sale is contingent upon our review of the purchase contract and any applicable Investor requirements. If the purchase contract is acceptable, you will receive a written final approval and closing information. If the purchase contract is unacceptable, we will notify you that the Short Sale is not approved

**If you are interested in selling your property through a Short Sale, please follow the steps below.**

1. Contact us at 866-312-2432 or in writing at PO Box 619097, Dallas, TX 75261 no later than 7/13/23 to let us know that you intend to accept this offer to pursue a short sale. If you indicate your intent to accept this offer we will defer or suspend foreclosure action on your loan until 8/13/23 while you attempt to sell your home. If you do not contact us by 7/13/23 to accept this offer, and you have not accepted another loss mitigation option or appealed our denial of a modification, we may start or continue foreclosure and a foreclosure sale may occur.

2. If you have not already done so, you will need to contact a real estate agent and list the property for sale. If you wish us to work directly with your real estate agent or another party on your behalf, you will need to provide a Third Party Authorization to us. You can obtain a Third Party Authorization form on our website at www.mrcooper.com.
   - If you need help finding a real estate agent, contact your Single Point of Contact (SPOC) who can refer you to a listing agent in your area.

**cooper** 

3. If you have not already done so, have your real estate agent initiate a Short Sale case in Equator (our system of record) at www.equator.com to start the Short Sale review.

4. If you have not already done so, have your real estate agent provide the following documents in Equator once they are available:
   - Third Party Authorization
   - Multiple Listing Service (MLS)
   - Listing Agreement
   - Purchase Agreement (if you have an offer)
   - Proposed Closing Disclosure or Settlement Statement (if you have an offer)
   - Buyer's Proof of Funds (if you have an offer)

   Note: Based on Investor requirements, additional documentation may be required.

We will review any offers that are received for acceptability. Please be prepared to allow access to the property for an interior valuation of your home.

In some cases, a short sale auction may be required as part of the evaluation process to either help find an offer or validate an offer you already have. If an auction is required, you will be given further information and asked to sign a Short Sale Auction Agreement.

If you are not able to obtain a purchase offer that is acceptable to us by 8/13/23, you may continue your short sale effort, but we may commence or continue foreclosure. We may review any purchase offer submitted, but only if there is adequate time to evaluate the offer prior to the foreclosure sale date.

**NOTE: Cancellation of debt may have tax consequences. Please consult your tax advisor to discuss potential tax consequences.**

**B. Deed-in-Lieu/Mortgage Release:** A Deed-in-Lieu, also called a "Mortgage Release," permits a borrower to voluntarily transfer the property to the owner of the mortgage to satisfy some or all of the mortgage debt. Depending upon applicable law and investor requirements, the borrower may be required to pay funds to reduce the difference between the amount owed on the loan and the value of the property being transferred.

Based on a careful review of your information, you have been conditionally approved to pursue a Deed-in-Lieu of foreclosure/Mortgage Release.

**If you are interested in transferring the property through a Deed-in-Lieu/Mortgage Release, please follow the steps below.**

1. Contact us at 866-312-2432 or in writing at PO Box 619097, Dallas, TX 75261 no later than 7/13/23 to let us know that you intend to accept this offer to pursue a Deed In Lieu/Mortgage Release. If you indicate your intent to accept this offer we will not refer your loan to foreclosure, or if your loan has been referred to foreclosure, we will suspend the next action in the foreclosure proceedings.

   If you do not contact us by this date to accept this offer, and you have not accepted another loss mitigation alternative or appealed our denial of a modification, or if you accept but we are unable to complete the Deed In Lieu/Mortgage Release within 45 days of your acceptance, we may start or continue with the foreclosure process and a foreclosure sale may occur.

2. If you have not already done so, go to https://www.mrcooper.com/reference_documents/MRC_statement_of_information.pdf to obtain a Statement of Information form. You can also contact your Single Point of Contact and you will be provided with a copy of the form. Make sure all borrowers on the mortgage have completed and signed the Statement of Information. Please submit the Statement of Information Form as soon as possible. This provides us with important additional information that we need to start the Deed-in-Lieu/Mortgage Release final review.
   - Online: www.mrcooper.com
   - Email: modification.assistance@mrcooper.com
   - Fax: 214-488-1993
   - Mail: Attn: Loan Modification Processing Unit -PO Box 619097, Dallas, TX 75261

 

### Additional Information About Conditions Which Must Be Met for Final Approval

Here are details about your responsibilities in the Deed in Lieu/Mortgage Release process:

- **Title:**
  - Clear and marketable title to the property must be conveyed free of any liens and encumbrances, with a general warranty deed or local equivalent that enables us to settle the Mortgage Release in a timely manner.

- **Subordinate Liens:**
  - If you have other liens on your property (for example, a second mortgage, tax lien, or homeowners association lien), you must cooperate with us in a timely manner, as necessary, so that we may attempt to negotiate and obtain the release of any such liens.

- **Property Inspection and Property Condition:**
  - We may need to conduct an interior inspection of the property, which will require that you provide access. Unless you have been approved for and signed a lease or a use and occupancy agreement for the property, you must leave the property in broom-swept condition and free of interior and exterior trash, debris, or damage. All personal belongings must be removed from the property. The yard must be clean and neat, and you must deliver all the keys and controls (for example, garage door openers) to us.

- **Personal Property Release:**
  - You must provide us with a release that you waive ownership of any personal belongings or materials left at or in the property after the date you agree to vacate the property. Unless you have been approved for and signed a lease or use and occupancy agreement for the property, you and all other occupants must remove all personal belongings and vacate your property.

- **Deficiency Waiver:**
  - If you complete the Mortgage Release according to the terms approved by us, including any required borrower financial contribution, you will be released from liability for any deficiency that remains after the property is sold. This eliminates your mortgage debt and cancels the remaining amount you owe.

- **Relocation Assistance:**
  - You may be eligible for relocation assistance. This amount would be paid within 30 days of our acceptance of the executed Mortgage Release if you comply with the property conditions outlined above.

- **Transfer/Closing:**
  - You may be required to sign standard pre-closing documents and possibly attend a closing of the transfer of your property, where all owners of the property must be present.

The completion of the Deed-in-lieu/Mortgage Release is still subject to investor and our guidelines.

**NOTE: Cancellation of debt may have tax consequences. Please consult your tax advisor to discuss potential tax consequences.**

### Additional Information Related to All Loss Mitigation Options

A third-party appraisal or other written valuation was developed in connection with your application for loss mitigation. A copy of that valuation was sent to your mailing address. If you did not receive a copy, please contact us directly to request an additional copy.

Visit us on the web at www.mrcooper.com for more information.

**Housing Counselors:**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the



cooper

Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling 800-569-4287.

**Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.**

If you were denied for any workout option, we may have obtained a credit report or credit score for our evaluation. The consumer reporting agencies that may have provided information, which may have influenced the decision in whole or in part, are listed below. The reporting agencies played no part in the decision and are unable to supply specific reasons why your request for a workout was denied. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the credit reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies. Any questions regarding such information should be directed to the credit reporting agencies.

| Reporting Agency | Address | Telephone |
|---|---|---|
| Equifax Information Services LLC | PO Box 740241 Atlanta, GA 30374 | 800-685-1111 |
| Experian | PO Box 2002 Allen, TX 75013 | 888-397-3742 |
| Transunion | PO Box 1000 Chester, PA 19022 | 866-887-2673 |

If you have any questions, your Dedicated Loan Specialist is Ashley Smith and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our office hours are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper




**Notices of Error:**

If you believe an error has been made with respect to your mortgage loan, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the error you believe has occurred. To submit a notice of error, you must send this information to the following address:

Mr. Cooper
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

**Requests for Information:**

To request information regarding your account, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the information you are requesting with respect to your mortgage loan. To submit a request for information, you must send this information to the following address:

Mr. Cooper
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741



**mr. cooper**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
**ONLINE**
www.mrcooper.com

10/5/2023

ESTATE OF ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

**YOUR INFO**
**LOAN NUMBER:** 0621552215
**PROPERTY ADDRESS:**
4805 S SHIELDS
CHICAGO, IL 60609

Dear ESTATE OF ANTWINE:

One of our responsibilities to our customers is to periodically review each account to ensure you are receiving the best possible level of service. As a result of this review, we are referring you to our sister brand, Rushmore Servicing. **On 10/20/2023, the mortgage listed above will be handled by our Rushmore Servicing group.** You will be in great hands with this skilled team of servicing professionals.

The Rushmore Servicing team is fully empowered to help homeowners take the steps necessary to avoid foreclosure and get their mortgage back on track. They have the tools, expertise, and experience to work with you and find a plan that works best for you.

The transition does not affect any terms or conditions of the mortgage.

| Important Information for Rushmore Servicing | |
|---|---|
| Loan number | Your loan number at Rushmore Servicing will remain the same (see above). |
| Website | After 10/20/2023, you will need to create a new online account at www.rushmoreservicing.com. |
| Payment Address | Starting on 10/20/2023, please send all payments to Rushmore Servicing at the following address (this is the same address for Mr. Cooper payments):<br><br>Rushmore Servicing<br>PO Box 650783<br>Dallas, TX 75265 |
| Customer Service | **Phone:** 877-888-4606<br>**Mail:**   Lake Vista 4<br>           800 State Highway 121 Bypass<br>           Lewisville, TX 75067 |
| Hours of Operation | Monday through Friday from 7 a.m. to 8 p.m. (CT) |

- **If you are enrolled in AutoPay** with Mr. Cooper, it will be automatically transferred to Rushmore Servicing and the withdrawal of your payments will continue as scheduled.
- **If you use online bill pay** through your bank, please update the payment information to Rushmore Servicing.

If you have any questions prior to the transition, please contact our Customer Service Department at 888-480-2432. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

We are confident you'll have a great experience with Rushmore Servicing, and we wish you all the best throughout your homeownership journey.

Sincerely,

Mr. Cooper

Note: Mr. Cooper® and Rushmore Servicing℠ are brand names of Nationstar Mortgage LLC.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY



This Page Intentionally Left Blank

# Social Security Administration
# Benefit Verification Letter

Date: February 21, 2024
BNC#: 24NY017C76021
REF: A, C3, DI

CARLA C ANTWINE
4805 S SHIELDS AVE
CHICAGO IL 60609-4536

Social Security Administration
5253 S Ashland Ave
Chicago, IL 60609

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $2,237.10.

We deduct $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,062.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on July 21, 2011.

## Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $2,167.80.

We deducted $164.90 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,002.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

## Information About Current Social Security Benefits

Beginning July 1990, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning July 1990.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Information About Supplemental Security Income Payments

Beginning January 2016, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning January 2016.

We found that you became disabled under our rules on February 29, 2012.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2014.

You are entitled to medical insurance under Medicare beginning July 2019.

Your Medicare number is 1T97J33TA68. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is August 5, 1971.



24NY017C76021

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at
1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are
   deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter
   when you call.
3. You may also call your local office at **1-877-897-0608**.

> SOCIAL SECURITY
> 5253 S ASHLAND AVE
> CHICAGO IL 60609

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

EXHIBIT 13

S.S.A. BENEFITS VERIFICATION LETTER

 **Rushmore Servicing™** PO Box 619097 Dallas, TX 75261

**10/26/2023** 



**OUR INFO**
**ONLINE**
www.rushmoreservicing.com



**YOUR INFO**
**LOAN NUMBER**
0621552215

**PROPERTY ADDRESS**
4805 S SHIELDS
CHICAGO, IL 60609



865  1 MB 0.561    T2 P1    AUTO    231227.2-NNNN-31246724
ESTATE OF REBECCA ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

231227.2-NNNN-429716878-865.1

Dear ESTATE OF ANTWINE,

My name is Steven Stassis. I am your Dedicated Loan Specialist. My job is to help if you ever fall behind on your mortgage payments. **Please call me as soon as possible so we can talk about your situation and figure out a solution.**

Here is my contact information:

| | |
|---|---|
| **Name:** | Steven Stassis |
| **Phone:** | (877)888-4623 |
| **Address:** | 8950 Cypress Waters Blvd. |
| | Coppell, TX 75019 |
| **Fax:** | (469)464-0308 |

If I am unavailable, you can speak with one of my colleagues. They have access to your loan information and will be happy to assist you on my behalf. We are available Monday through Friday from 8 a.m. to 7 p.m. (CT).

I look forward to hearing from you. Together, I'm confident we can find a great solution.

Sincerely,

Rushmore Servicing

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
**Nationstar Mortgage LLC d/b/a Rushmore Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged but is provided for informational purposes only.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.







**Additional Resources**

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

231227.2-NNNN-429716878-865.2*



**CHANGING THE FACE OF HOME LOANS**

**8950 Cypress Waters Blvd.**
**Dallas, TX 75019**

**OUR INFO**
**ONLINE**
**www.mrcooper.com**

ESTATE OF REBECCA ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

May 30, 2023

**YOUR INFO**
**LOAN NUMBER:** *****52215
**PROPERTY ADDRESS:**
4805 S SHIELDS, CHICAGO, IL
60609

**SUBJECT:**
*Document(s) Requested*

Dear ESTATE OF REBECCA ANTWINE,

This is in response to your request on May 30, 2023 for one or more documents to be mailed to you.

Enclosed, please find the copies of the following document(s) you had requested:

- Default - BPO - AVM - Appraisal

Should you have any additional questions regarding your account or to view details about your loan summary and recent account activity, visit us online at www.mrcooper.com. To get started, click 'Register' and see how easy it is to manage your mortgage online. You will have immediate access to:

- Frequently asked questions
- A full payment history
- Escrow information
- Automatic payment enrollment
- Mortgage Loan, Escrow Account Disclosure and Tax and Interest Statements

As a valued borrower, your satisfaction is our top priority. If we can be of further assistance, you can contact us directly at research.department@mrcooper.com or you can call our Customer Service Department at 888-480-2432, Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,

Mr. Cooper

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.





CHANGING THE FACE OF HOME LOANS

**8950 Cypress Waters Blvd.
Dallas, TX 75019**

OUR INFO
ONLINE

**www.mrcooper.com**

**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003, 1424140, 1468024, 2021843, 2045153, 2066076, 2066379, 2082028, 2095442.**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.** If you want to know the name of your originating lender or the amount that you owe, please contact our customer service department. Mr. Cooper utilizes third-party providers and remains responsible for all actions taken by these providers.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar?s Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call 888-877-4894 or visit https://dfr.oregon.gov.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance. Permit Numbers: 105369 (8950 Cypress Waters Blvd., Dallas, TX 75019), 112715 (4000 Horizon Way, Irving, TX 75063), 111828 (2501 South Price Road, Ste. 105, Chandler, AZ 85286), 112954 (110 Triple Creek Drive, Ste. 10, Longview, TX 75601), 113359 (1600 East St. Andrew Place, Ste. 100, Santa Ana, CA 92705), 113470 (2780 Lake Vista Drive, Lewisville, TX 75067), 113471 (800 State Highway 121 Bypass, Lewisville, TX 75067) and 114117 (750 State Highway 121 Bypass, Suite 101, Lewisville, TX 75067).**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Washington Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed in Washington, Debt Collection Agency License Numbers: 602110305-001-0001(8950 Cypress Waters Blvd, Dallas, TX 75019) 602110305-001-0018 (4000 Horizon Way, Irving, TX 75063), 602110305-001-0019 (2501 South Price Road, Ste. 105, Chandler, AZ 85286), 602110305-001-0023 (2780 Lake Vista Drive, Lewisville, TX 75067), 602110305-001-0024 (800 State Highway 121 Bypass, Lewisville, TX 75067), 602110305-001-0021 (110 Triple Creek Drive, Suite 10, Longview, TX 75601), 602110305-001-0022 (1600 East St. Andrew Place, Suite 100, Santa Ana, CA 92705). If you want to know the name of your originating lender or the amount that you owe, please contact our customer service department.

 **VOXTUR**

| Subject Address | Client Name |
|---|---|
| 4805 S SHIELDS AVE, CHICAGO, IL 60609 | Mr. Cooper Foreclosure D-Val |

| Loan Number | Client Address |
|---|---|
| 0621552215 | 800 State Higway 121 Bypass Lake Vista Buidling - #4,Lewisville,TX-75067 |

| Inspection (Effective) Date | Agent Name |
|---|---|
| 3/21/2023 | Ryan Strassburger |

| Type of Report | Agent Company Name |
|---|---|
| Exterior | Bronzeville I LLC DBA Krain |



Powered by
Collateral Analytics®

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.

## Subject Property Information

Address _____4805 S SHIELDS AVE_____ City _____CHICAGO_____ State __IL__ ZIP Code __60609__ County _____COOK_____

Borrower _____ESTATE OF ANTWINE_____ Owner of Public Record _____ANTWINE,REBECCA_____ Inspection (Effective) Date _____3/21/2023_____

Property Type ____Single Family Residence____ Occupancy _____Occupied_____ Inspection Type _____Exterior_____ Subject Zoning _____Legal_____

Parcel # _____20-09-201-035_____ HOA Fees _____$0_____ Special Assessment Fee _____$0_____ New Construction __No__

Was the subject impacted by disaster in the past? _____No_____ Disaster Date _____ Is there evidence of a disaster?_____

Is the subject currently listed for sale? _____ Was the subject listed for sale in the last 12 months? _____ No _____ Days on Market _____

Was the subject sold in the past 12 months? _____No_____ Date Sold _____ Original List Price _____ Original List Date _____

Last Listing Broker Name
Last Listing Broker Company _____ Last List Price _____ Last List Date _____

**Brief Description of Subject Property and Comments**
The subject is a SFR style in average condition. All maintenance appears to be up to date and no repairs are necessary based on the exterior inspection.

## Subject Neighborhood Information

Location _____Suburban_____ Property Price Trend ____Stable____ REO Trend ____Stable____ Marketing Trend _____Stable_____

Normal Days on Market _____42_____ Supply / Demand _____Stable/Stable_____ Owner vs. Tenant _____81%_____

Vacancy Rate _____0 to 5_____ Median Market Rent _____$750_____

Approximate Number of Comparable Listings ____14____ Approximate Number of Comparable Listings Corporate or REO _____0_____

Number of Comparable Sales in the last 12 months __12__ Comparable Sale Price Range ____$130,000____ to _____$205,000_____ Median Price ____$177,100____

Neighborhood Price Range ____$130,000____ to ____$205,000____ Are there adverse external factors within 0.25 miles of the subject property? _____No_____

**Adverse External Factors Comments**
None noted.

**Neighborhood Comments**
The subject is located in a suburban neighborhood with stable property values and the economy and employment conditions are stable.

## Red Flags

| Construction | ☐ | Environmental | ☐ | Market Activity | ☐ | Stigma | ☐ |
| Damaged | ☐ | Zoning | ☐ | Boarded | ☐ | Other | ☐ |
| Not Applicable | ☒ | | | | | | |

**Red Flag Comments**
None noted.

## Comparable Sales

| Feature | Subject | Comparable Sale 1 | | Comparable Sale 2 | | Comparable Sale 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4805 S SHIELDS AVE | 4408 S WALLACE ST | | 5812 S LOOMIS BLVD | | 5015 S MORGAN ST | |
| City, State, ZIP Code | CHICAGO,IL 60609 | CHICAGO,IL 60609 | | CHICAGO,IL 60636 | | CHICAGO,IL 60609 | |
| Data Source | Tax data | MLS | | MLS | | MLS | |
| MLS# | N/A | 11367658 | | 11377306 | | 11667005 | |
| Proximity to Subject | | 0.61 | | 1.86 | | 0.86 | |
| Original List Date | | 4/6/2022 | | 4/16/2022 | | 11/4/2022 | |
| Original List Price | | $139,900 | | $185,000 | | $165,000 | |
| Sale Date | | 5/13/2022 | | 6/2/2022 | | 12/15/2022 | |
| Sale Price | | $150,000 | | $177,100 | | $185,000 | |
| DOM | | 37 | | 47 | | 41 | |
| Property Type | Single Family Residence | Single Family Residence | | Single Family Residence | | Single Family Residence | |
| Loan Type | Conventional Loan | Conventional Loan | | Conventional Loan | | Conventional Loan | |
| Sale Type | FMV | FMV | | FMV | | FMV | |
| **Comparable Adjustments** | | Feature | Adjustment | Feature | Adjustment | Feature | Adjustment |
| Date of Sale | | 05/13/2022 | | 06/02/2022 | | 12/15/2022 | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site Size | 2935 | 3049 | | 3049 | | 3920 | |
| Condition | C3 - Average | C3 - Average | | C3 - Average | | C2 - Very Good | $-7,500 |
| Year Built | 1973 | 1887 | $1,650 | 1974 | $-525 | 1941 | $300 |
| Gross Living Area | 1007 | 900 | $7,000 | 977 | $12,390 | 960 | $11,200 |
| View | CITY | CITY | | CITY | | CITY | $0 |
| Total Rooms | 4 | 5 | | 6 | | 5 | |
| Bedrooms | 2 | 3 | $-3,000 | 4 | $-6,000 | 3 | $-3,000 |
| Full Bathrooms | 1 | 1 | | 1 | | 1 | |
| Half Bathrooms | 0 | 0 | | 1 | $-1,000 | 0 | |
| Basement Area (Sq. Ft) | 665 | 750 | | 520 | | 620 | |
| Basement % Finished | 100 | 100 | | 100 | | 100 | |
| Price per Sq. Ft. | | $166.67 | | $181.27 | | $192.71 | |
| Parking Type | None | Detached Garage | $-4,000 | None | | None | |
| # Parking Stalls | None | 2 | | None | | None | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Amenities (Spa, Patio, Deck, etc.) | None noted | None noted | | None noted | | None noted | |
| Pool | NO | NO | | NO | | NO | |
| Fireplace | NO | NO | | NO | | NO | |
| Overall Comparability | | Superior | | Equal | | Superior | |
| Sales Concessions | 0 | 0 | | 0 | | 0 | |
| Special Assessments | 0 | 0 | | 0 | | 0 | |
| # of Units | 1 | 1 | | 1 | | 1 | |
| Design | Ranch | Ranch | | Ranch | | Ranch | |
| Heating / Cooling | CENTRAL A/C | CENTRAL A/C | $0 | CENTRAL A/C | $0 | CENTRAL A/C | $0 |
| Water | City | City | | City | | City | |
| Sewer | City | City | | City | | City | |
| **Total Adjustment** | Subject | Comparable Sale 1 | | Comparable Sale 2 | | Comparable Sale 3 | |
| Net Adjustment | | $1,650 | | $4,865 | | $1,000 | |
| Gross Adjustment | | $15,650 | | $19,915 | | $22,000 | |
| Adjusted Sale Price | | $151,650 | | $181,965 | | $186,000 | |

## Comparable Listings

| Feature | Subject | Comparable Listing 1 | Comparable Listing 2 | Comparable Listing 3 |
|---|---|---|---|---|
| Address | 4805 S SHIELDS AVE | 4734 S LOOMIS BLVD | 5723 S JUSTINE ST | 4912 S HONORE ST |
| City, State, ZIP Code | CHICAGO,IL 60609 | CHICAGO,IL 60609 | CHICAGO,IL 60636 | CHICAGO,IL 60609 |
| Data Source | Tax data | MLS | MLS | MLS |
| MLS# | N/A | 11741319 | 11667125 | 11738332 |
| Proximity to Subject | | 1.35 | 1.91 | 1.91 |
| Original List Date | | 3/19/2023 | 11/4/2022 | 11/4/2022 |
| Original List Price | | $159,900 | $154,900 | $170,000 |
| List Date | | 3/19/2023 | 11/4/2022 | 3/15/2023 |
| List Price | | $159,900 | $154,900 | $170,000 |
| DOM | | 2 | 137 | 137 |
| Property Type | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Loan Type | Conventional Loan | Conventional Loan | Conventional Loan | Conventional Loan |
| Listing Type | FMV | FMV | FMV | FMV |

| Comparable Adjustments | | Feature | Adjustment | Feature | Adjustment | Feature | Adjustment |
|---|---|---|---|---|---|---|---|
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site Size | 2935 | 3049 | | 3049 | | 3049 | |
| Condition | C3 - Average | C3 - Average | | C3 - Average | | C3 - Average | |
| Year Built | 1973 | 1890 | $1,575 | 1890 | $1,575 | 1908 | $1,125 |
| Gross Living Area | 1007 | 1000 | $14,000 | 924 | $8,680 | 880 | |
| View | CITY | CITY | | CITY | | CITY | |
| Total Rooms | 4 | 5 | | 7 | | 7 | |
| Bedrooms | 2 | 3 | $-3,000 | 4 | $-6,000 | 4 | $-6,000 |
| Full Bathrooms | 1 | 1 | | 2 | $-2,000 | 2 | $-2,000 |
| Half Bathrooms | 0 | 0 | | 0 | | 0 | |
| Basement Area (Sq. Ft) | 665 | 956 | | 865 | | 763 | |
| Basement % Finished | 100 | 100 | | 100 | | 100 | |
| Price per Sq. Ft. | $159.90 | | | $167.64 | | $193.18 | |
| Parking Type | None | Detached Garage | $-4,000 | None | | None | |
| # Parking Stalls | None | 2 | | None | | None | |
| Energy Efficient Items | NONE | NONE | $0 | NONE | $0 | NONE | $0 |
| Amenities (Spa, Patio, Deck, etc.) | None noted | None noted | | None noted | | None noted | |
| Pool | NO | NO | $0 | NO | $0 | NO | $0 |
| Fireplace | NO | NO | $0 | NO | $0 | NO | $0 |
| Overall Comparability | | Superior | | Superior | | Equal | |
| Listing Concessions | 0 | 0 | | 0 | | 0 | |
| Special Assessments | 0 | 0 | | 0 | | 0 | |
| # of Units | 1 | 1 | | 1 | | 1 | |
| Design | Ranch | Ranch | | Cape Cod | $-500 | Cape Cod | $-500 |
| Heating / Cooling | CENTRAL A/C | CENTRAL A/C | $0 | CENTRAL A/C | $0 | CENTRAL A/C | $0 |
| Water | City | City | | City | | City | |
| Sewer | City | City | | City | | City | |

| Total Adjustment | Subject | Comparable Listing 1 | | Comparable Listing 2 | | Comparable Listing 3 | |
|---|---|---|---|---|---|---|---|
| Net Adjustment | | $8,575 | | $1,755 | | $-7,375 | |
| Gross Adjustment | | $22,575 | | $18,755 | | $9,625 | |
| Adjusted List Price | | $168,475 | | $156,655 | | $162,625 | |

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.

## Comparable Sales and Listings Comments

**Comparable Sale 1**
Agent Comments: The property is inferior in age but superior in bed count to the subject.

**Comparable Sale 2**
Agent Comments: The property is superior in bed count but  similar in condition to the subject.
MLS Comments: Home features 4 bedrooms, 1.5 baths. Kitchen features white cabinets with granite counter tops and stainless steel appliances. Finished basement, Come take a look, it won't last!

**Comparable Sale 3**
Agent Comments: The property is inferior in age  but superior in condition to the subject.
MLS Comments: NOTHING TO DO BUT UNPACK & MOVE INTO THIS RECENTLY RENOVATED RAISED RANCH. YOUR FRESHLY PAINTED, 3 BEDROOM HOME FEATURES CENTRAL AIR CONDITIONING, NEW FURNACE, NEW WATER HEATER, HARDWOOD FLOORING, FULL UNFINISHED BASEMENT, ENORMOUS FENCED BACKYARD AS WELL AS A MODERN KITCHEN COMPLETE WITH ALL NEW WHITE CABINETRY, NEW STAINLESS STEEL APPLIANCES, GRANITE COUNTERS AND CERAMIC FLOORS. SCHEDULE YOUR SHOWING TODAY & ENJOY THIS HOME JUST IN TIME FOR THE HOLIDAYS!

**Comparable Listing 1**
Agent Comments: The  property is inferior in age but superior in bed count  to the subject.
MLS Comments: Great investment opportunity with this 3 bedroom one bathroom home. Unfinished attic and basement. 2 car garage. Sold as-is

**Comparable Listing 2**
Agent Comments: The property is inferior in age but superior in bath count to the subject.
MLS Comments: Home features 4 bedroom, 2 baths with a full basement.

**Comparable Listing 3**
Agent Comments: The property is superior  in bath count but inferior in age to the subject.
MLS Comments: Single Family home with 2 bedrooms on main level plus finish basement. property sold before print.

## Comparable Map



## Repairs

| Type | Description | EstimatedCost |
|---|---|---|
| Painting | | |
| Foundation | | |
| Landscaping | | |
| Roof | | |
| Windows | | |
| Other | | |
| Pool | | |
| Cleaning/Trash Removal | | |
| | Total Repair Cost | |

## Price Opinion

| | Price Opinion | Suggested List Price | | |
|---|---|---|---|---|
| As Is | $168,000 | $168,500 | Market Rent | $1,500 |
| As Repaired | $168,000 | $168,500 | | |
| 0 – 90 Days | $158,000 | $168,000 | Land Value | $1,907 |
| 0 – 90 Days Repaired | $158,000 | | | |

## Additional Comments

Sales considered had a sale date within the last 12 months.. To locate comparables it was necessary to exceed proximity up to 2 miles, bed/bath count , age, style and condition. Used sales over 3 months old due to the lack of more recent sales from the subject's immediate area. Price range was over 20%in difference due to the neighbourhood area hard to find comparable that is similar to subject in condition and criteria. Proximity parameters were exceeded and search was extended up to 2 miles as there were limited comparables available within 1 miles . Subject is located near park, RR track, worship place, highway and commercial buildings. Due to limited comparable from same location, it was necessary to use comparables from across the highway and RR track . However, this won't affect the market value. In delivering final valuation, most weight has been placed on CS2 and LC3, as they are most similar to subject condition and overall structure. Subject attributes are from prior report

## Broker / Agent Signature

| Signature | | Prepared By | Ryan Strassburger |
|---|---|---|---|
| | | Signature Date | 3/21/2023 |
| Broker / License Number | 475163864 | Broker / License State | IL |
| Managing Broker | Ryan Strassburger | | |
| Company | Bronzeville I LLC DBA Krain | Company Address | 1440 W. Taylor Street #509 ,Chicago,IL-60607 |

## Disclaimer

This Broker Price Opinion was prepared by a licensed real estate broker and is not an appraisal, the report provides a Price Opinion, Suggested List Price, Suggested List Market Rent and suggested Price Opinion of the vacant site. This Broker Price Opinion cannot be used for the purpose of obtaining financing. Neither Voxtur Appraisal Services, LLC nor any of its affiliates, members, managers, employees or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this report and are not liable for the accuracy of such information related thereto. The information contained in this report is deemed to be valid and reliable but is not guaranteed. You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. The data, and information derived from such data, in this report is provided on an "AS AVAILABLE" and "AS IS" basis and is provided for informational purposes only. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the ordering party only. All uses of this report are at the user's sole risk. Your use of this report must in all cases comply with all applicable laws and regulations.

Powered by
Collateral Analytics®

**Illinois Disclaimer**
**This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker, not by a State certified real estate appraiser.**

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.

| Agent Comments | |
| --- | --- |
| Please explain: Sold Comparable 2 distance to subject has exceeded proximity threshold of 1 mile (Suburban). | Due to the limited comparables it was necessary to take a comp with variance in proximity. |
| Please explain: Listed Comparable 1, 2, 3 distance to subject has exceeded proximity threshold of 1 mile (Suburban). | Due to the limited comparables it was necessary to take a comp with variance in proximity. |
| Please explain: Sold Comparable 1, 2 has exceeded the Sale Date threshold of 6 months (Suburban). | Due to the limited comps in the area it is necessary to use comps that are just outside of the 6 month sale date. The comp is still valued correctly and is an accurate reflection of the local market value. |
| Please explain: Listed Comparable 2, 3 Design is preferred to be the same as the subject | Due to the limited comparables it was necessary to take a comp with same Condition. |
| Please explain: Sold Comparable 3 property condition does not match subject condition | Due to the limited comparables it was necessary to take a comp with variance in Condition. |
| Please explain: Listed Comparable 1, 2, 3 has exceeded the threshold for age variance between subject and comp (15 years) | Due to the limited comparables it was necessary to take a comp with variance in year built(Age). |
| Please explain: Sold Comparable 1, 3 has exceeded the threshold for age variance between subject and comp (15 years) | Due to the limited comparables it was necessary to take a comp with variance in year built(Age). |
| Gross Living Area for subject is either greater than or less than all of the sold comparables provided. Please verify the information is accurate or provide a sale that will bracket the Gross Living Area for subject. Dated sales are acceptable as long as they can be adequately supported and similar to the subject. | Due to the limited comparables it was necessary to take a comp with variance in GLA. |

**Subject Photos**



Title: Subject Front View
Address:4805 S SHIELDS AVE, CHICAGO, IL 60609
Description:



Title: Front Side 1
Address:4805 S SHIELDS AVE, CHICAGO, IL 60609
Description:



Title: Front Side 2
Address:4805 S SHIELDS AVE, CHICAGO, IL 60609
Description:



Title: Street Scene 1
Address:4805 S SHIELDS AVE, CHICAGO, IL 60609
Description:



Title: Street Scene 2
Address:4805 S SHIELDS AVE, CHICAGO, IL 60609
Description:



Title: Address Verification 1
Address:4805 S SHIELDS AVE, CHICAGO, IL 60609
Description:



Title: Address Verification 2
Address:4805 S SHIELDS AVE, CHICAGO, IL 60609
Description:

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.

**Comparable Sales Photos**



Title: Sold Comp 1

Address:4408 S WALLACE ST, CHICAGO, IL 60609



Title: Sold Comp 2

Address:5812 S LOOMIS BLVD, CHICAGO, IL 60636

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.



Title: Sold Comp 3

Address:5015 S MORGAN ST, CHICAGO, IL 60609

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.

**Comparable Listings Photos**



Title: Listed Comp 1

Address:4734 S LOOMIS BLVD, CHICAGO, IL 60609



Title: Listed Comp 2

Address:5723 S JUSTINE ST, CHICAGO, IL 60636

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.



Title: Listed Comp 3

Address:4912 S HONORE ST, CHICAGO, IL 60609

Contact Voxtur at 888-456-4317. Copyright ©2023 Voxtur Appraisal Services, LLC. All rights reserved.

EXHIBIT E



CA Risk Profiler

Provided on behalf of:



BERKSHIRE HATHAWAY | KoenigRubloff
HomeServices | Realty Group

## Subject Property & Order Information

| | |
|---|---|
| Address: | 4805 S SHIELDS AVE CHICAGO IL 60609 |
| Reference #: | 14942766.1_197863 |
| Benchmark Value: | $168,000 |
| Valuation Date: | 3/21/2023 |
| Risk Profiler Date: | 3/21/2023 |
| | |
| | |

**Overall Risk:** Medium

## Valuation Summary

| | | | | |
|---|---|---|---|---|
| AVM-to-Benchmark Variance: | -55.36% | Risk Score: | **50** / 100 | **High Risk** |
| Benchmark Value: | $168,000 / $166 Per SqFt<br>Comps Range: $150,000 - $185,000 | Valuation Confidence Score: | **N/A** / 100 | **N/A** |
| CA AVM Value: | $75,000 / $74 Per SqFt<br>AVM Low-High: $51,000 - $99,000 | CA AVM Confidence Score: | **68** / 100 | **High Risk** |
| Similarity Analysis Variances: | **3** Atypical / **1** Typical | Subject Similarity Score: | **52** / 100 | **Medium Risk** |

| High Risk Questions to Review | **0** / 11 | Medium Risk Questions to Review | **4** / 28 | UAD Compliance Checks to Review | / |
|---|---|---|---|---|---|

powered by Collateral Analytics®

 **CA Risk Profiler**

Provided on behalf of:

**BERKSHIRE HATHAWAY** HomeServices | KoenigRubloff Realty Group

# 4805 S SHIELDS AVE CHICAGO IL 60609

| | | | | |
|---|---|---|---|---|
| Company: | | Date: 03/21/2023 | | Ref #:14942766.1_197863 |
| Risk Score (1 to 100): 50 | Low | Medium | High | Loan ID:0621552215 |
| Benchmark Value: $168,000 | | | | Tracking ID: |

## Valuation Risk | Market Condition (ZIP 60609)

| | | | | | |
|---|---|---|---|---|---|
| Benchmark Value: | $168,000 | Benchmark Date: | 03/21/2023 | Price Performance (1year): | -7.3% |
| CA Value: | $75,000 | AVM Value Variance: | -55.36% | Inventory Remaining: | 4 months |
| Value Confidence: | 68 | UPB: | $0 | Price Forecast (1year): | -3.44% |
| Prior BPO Value: | N/A | BPO Value Variance: | N/A | Foreclosure Activity: | HIGH |

## Similarity Analysis

Subject Similarity Index Rating (Out of 100): 52

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subject List Price : | N/A | Value: | | $168,000 | Variance: | N/A | |
| Subject Price/SqFt : | $166 | Comparables Average Price/SqFt: | | $116 | Variance: | 42.48% | Atypical |
| Subject SqFt: | 1,007 | Comparables Average SqFt: | | 1,339 | Variance: | -24.84% | Atypical |
| Subject Age: | 50 | Comparables Average Age: | | 94.42 | Variance: | -47.05% | Atypical |
| Subject Lot Size: | 2,935 sf | Comparables Average Lot Size: | | 3,100 sf | Variance: | -5.32% | Typical |

## Property Information

| | | | | | |
|---|---|---|---|---|---|
| County: COOK | Property Type: Single Family | | Beds: 2 | Baths: 1 | SqFt: 1007 |
| Land: 2935 | Yr Built: 1973 | | Carrier Route: C075 | Asd Value: 3,499 | Asd Yr: 2021 |
| Sld Price: | Sld Date: | | List Price: | List Date: | Off Mkt Date: |

## Additional Information

| | | | | |
|---|---|---|---|---|
| Parcel Number:20-09-201-035 | Census Tract: 835600 | Floor Count: | Basement: | Pool: NO |
| Legal Description: DIST:72 CITY/MUNI/TWP:LAKE SUBD:GRIFFITHS SUB SEC/TWN/RNG/MER:SEC 09 TWN 38N RNG 14E OWEN J (GRIFFITHS) SUB OF LAND IN NW NE SEC 09-38-14 | | View: Y | Assd Land Value: 1,907 | Assd Improvements Value: 1,592 |
| Owner: ANTWINE,REBECCA | | Zoning: Legal | | |
| Last Sale 1st Loan: | | Type: | Lender: | |
| Last Sale 2nd Loan: | | Type: | Lender: | |
| Last Refi 1st Loan: | Date: | Type: | Lender: | |
| Last Refi 2nd Loan: | Date: | Type: | Lender: | |

| Property Characteristics Comparison | Benchmark | Public Record | MLS |
|---|---|---|---|
| Number of Bedrooms | 2 | 2 | |
| Number of Bathrooms | 1 | 1 | |
| Number of Bathrooms Full | 1 | 1 | |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | 4 | 4 | |
| Land Area | 2935 | 2935 | |
| Living Area | 1007 | 1007 | |
| Year Built | 1973 | 1973 | |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | |
| View | CITY | CITY | |
| Sold Date | | 2/21/2012 | |
| Sold Price | | | |
| List Date | | | |
| List Price | | | |

Copyright © 2009-2023 Collateral Analytics LLC. All rights reserved.

 **CA Risk Profiler**

Provided on behalf of:  BERKSHIRE HATHAWAY | KoenigRubloff
HomeServices | Realty Group

# 4805 S SHIELDS AVE CHICAGO IL 60609

Company:  
Risk Score (1 to 100): 50      Low   Medium   High  
Benchmark Value: $168,000

Date: 03/21/2023

Ref #:14942766.1_197863  
Loan ID:0621552215  
Tracking ID:

| Sold 1. 4408 S WALLACE ST | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 3 | 4 |
| Number of Bathrooms | 1 | 1 | 1 |
| Number of Bathrooms Full | 1 | 1 | 1 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | 5 | | 7 |
| Land Area | 3049 | 3125 | 3123 |
| Living Area | 900 | 815 | 1150 |
| Year Built | 1887 | 1885 | 1897 |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | RSFR |
| View | CITY | | |
| Sold Date | 5/13/2022 | 6/3/2022 | |
| Sold Price | 150000 | 150000 | |

| Sold 2. 5812 S LOOMIS BLVD | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 4 | 2 | 4 |
| Number of Bathrooms | 1.1 | 1 | 1.5 |
| Number of Bathrooms Full | 1 | 1 | 1 |
| Number of Bathrooms Partial | 1 | | 1 |
| Total Number of Rooms | 6 | | 8 |
| Land Area | 3049 | 3125 | 3123 |
| Living Area | 977 | 977 | 977 |
| Year Built | 1974 | 1972 | 1974 |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | RSFR |
| View | CITY | | |
| Sold Date | 6/2/2022 | 6/14/2022 | 6/2/2022 |
| Sold Price | 177100 | 185000 | 177100 |

| Sold 3. 5015 S MORGAN ST | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 3 | 3 |
| Number of Bathrooms | 1 | 1 | 1 |
| Number of Bathrooms Full | 1 | 1 | 1 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | 5 | | 6 |
| Land Area | 3920 | 4125 | 4125 |
| Living Area | 960 | 960 | 960 |
| Year Built | 1941 | 1956 | 1941 |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | RSFR |
| View | CITY | | |
| Sold Date | 12/15/2022 | 12/20/2022 | 12/15/2022 |
| Sold Price | 185000 | 185000 | 185000 |

| List 1. 4734 S LOOMIS BLVD | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 2 | 3 |
| Number of Bathrooms | 1 | 1 | 1 |
| Number of Bathrooms Full | 1 | 1 | 1 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | 5 | | 5 |
| Land Area | 3049 | 2976 | |
| Living Area | 1000 | 860 | 1000 |
| Year Built | 1890 | 1888 | 1890 |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | RSFR |
| View | CITY | | |
| List Date | 3/19/2023 | | 7/27/2022 |
| List Price | 159900 | | 159900 |

| List 2. 5723 S JUSTINE ST | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 4 | 2 | 4 |
| Number of Bathrooms | 2 | 1 | 2 |
| Number of Bathrooms Full | 2 | 1 | 2 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | 7 | | 7 |
| Land Area | 3049 | 3100 | 3101 |
| Living Area | 924 | 924 | |
| Year Built | 1890 | 1893 | 1890 |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | RSFR |
| View | CITY | | |
| List Date | 11/4/2022 | | 11/4/2022 |
| List Price | 154900 | | 154900 |

| List 3. 4912 S HONORE ST | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 4 | 2 | 4 |
| Number of Bathrooms | 2 | 1 | 2 |
| Number of Bathrooms Full | 2 | 1 | 2 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | 7 | | 7 |
| Land Area | 3049 | 2976 | 2975 |
| Living Area | 880 | 880 | 880 |
| Year Built | 1908 | 1906 | 1908 |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | RSFR |
| View | CITY | | |
| List Date | 11/4/2022 | | 3/14/2023 |
| List Price | 170000 | | 170000 |

Copyright © 2009-2023 Collateral Analytics LLC. All rights reserved.

 **CA Risk Profiler**

Provided on behalf of: **BERKSHIRE HATHAWAY** HomeServices | KoenigRubloff Realty Group

# 4805 S SHIELDS AVE CHICAGO IL 60609

| | |
|---|---|
| Company: | Date: 03/21/2023 |
| Risk Score (1 to 100): 50    Low [ Medium ] High | Ref #:14942766.1_197863 |
| Benchmark Value: $168,000 | Loan ID:0621552215 |
| | Tracking ID: |

**Property Information**

| County: COOK | Property Type: Single Family | Beds: 2 | Baths: 1 | SqFt: 1007 |
|---|---|---|---|---|
| Land: 2935 | Yr Built: 1973 | Carrier Route: C075 | Asd Value: 3,499 | Asd Value: 2021 |
| Sld Price: | Sld Date: | List Price: | List Date: | Off Mkt Date: |

## List/Sold Comparable Scoring

| Subject | Address | Zip | SqFt | $/SqFt | Value | Date | Bed/Bath | Age | Land | Proximity | Type | Condition | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4805 S SHIELDS AVE | 60609 | 1,007 | $167 | $168,000 | - | 2/1 | 50 | 2,935 | - | - | C3 | - |
| | | Zip | SqFt | $/SqFt | Value | Date | Bed/Bath | Age | Land | Proximity | Type | Condition | Score |
| Sold 1 | 4408 S WALLACE ST | 60609 | 900 | $167 | $150,000 | 05/13/2022 | 3/1 | 136 | 3,049 | 0.61 | standard | C3 | 63 |
| Sold 2 | 5812 S LOOMIS BLVD | 60636 | 977 | $181 | $177,100 | 06/02/2022 | 4/1.1 | 49 | 3,049 | 1.86 | standard | C3 | 64 |
| Sold 3 | 5015 S MORGAN ST | 60609 | 960 | $193 | $185,000 | 12/15/2022 | 3/1 | 82 | 3,920 | 0.86 | reo | C2 | 69 |
| List 1 | 4734 S LOOMIS BLVD | 60609 | 1,000 | $160 | $159,900 | 03/19/2023 | 3/1 | 133 | 3,049 | 1.35 | standard | C3 | 61 |
| List 2 | 5723 S JUSTINE ST | 60636 | 924 | $168 | $154,900 | 11/04/2022 | 4/2 | 133 | 3,049 | 1.91 | standard | C3 | 55 |
| List 3 | 4912 S HONORE ST | 60609 | 880 | $193 | $170,000 | 11/04/2022 | 4/2 | 115 | 3,049 | 1.91 | standard | C3 | 48 |

## Risk Profiler List/Sold Comparable Scoring

| Subject | Address | Zip | SqFt | $/SqFt | Value | Date | Bed/Bath | Age | Land | Proximity | Type | Condition | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4805 S SHIELDS AVE | 60609 | 1,007 | $74 | $75,000 | - | 2/1 | 50 | 2,935 | - | - | Average | - |
| | | Zip | SqFt | $/SqFt | Value | Date | Bed/Bath | Age | Land | Proximity | Type | Condition | Score |
| Sold 1 | 4744 S SHIELDS AVE | 60609 | 969 | $54 | $52,500 | 08/10/2022 | 4/1 | 52 | 2,928 | 0.06 | standard | Average | 83 |
| Sold 2 | 4801 S PRINCETON AVE | 60609 | 1,170 | $90 | $105,000 | 11/03/2022 | 2/1 | 135 | 2,928 | 0.06 | standard | Poor | 81 |
| Sold 3 | 4755 S SHIELDS AVE | 60609 | 880 | $57 | $50,000 | 02/06/2023 | 2/1 | 150 | 2,928 | 0.04 | standard | Poor | 76 |
| Sold 4 | 4337 S SHIELDS AVE | 60609 | 693 | $89 | $62,000 | 08/30/2022 | 2/1 | 115 | 2,760 | 0.57 | standard | Poor | 69 |
| Sold 5 | 3738 S WINCHESTER AVE | 60609 | 1,197 | $283 | $339,000 | 03/08/2023 | 3/1 | 58 | | 2.43 | standard | Good | 58 |
| Sold 6 | 4430 S PRINCETON AVE | 60609 | | | $207,500 | 04/08/2022 | 4/3.5 | 16 | 2,761 | 0.46 | reo | Good | 37 |
| Sold 7 | 3733 S WALLACE ST | 60609 | 2,000 | $228 | $455,000 | 03/16/2023 | 3/3 | 101 | 3,001 | 1.37 | standard | Poor | 35 |
| Sold 8 | 3601 S ARCHER AVE | 60609 | 1,584 | $177 | $280,000 | 03/08/2023 | 4/2 | 128 | 2,949 | 2.81 | standard | Very Poor | 34 |
| Sold 9 | 313 W 47TH ST | 60609 | 2,496 | $29 | $71,500 | 01/13/2023 | 5/2 | 134 | | 0.13 | reo | Very Good | 32 |
| List 1 | 4405 S PRINCETON AVE | 60609 | | | $449,900 | 09/16/2022 | 3/2.5 | 1 | 3,075 | 0.51 | standard | Excellent | 45 |
| List 2 | 4407 S PRINCETON AVE | 60609 | | | $449,900 | 09/16/2022 | 3/2.5 | 1 | 3,075 | 0.5 | standard | Excellent | 45 |
| List 3 | 4205 S NORMAL AVE | 60609 | 1,814 | $146 | $265,000 | 03/10/2023 | 4/2.5 | 144 | 2,892 | 0.78 | standard | Poor | 39 |
| List 4 | 350 W 45TH ST | 60609 | | | $99,000 | 02/12/2023 | / | - | 4,791 | 0.4 | fcls | Average | 38 |
| List 5 | 1445 W 52ND ST | 60609 | 2,993 | $25 | $75,000 | 03/02/2023 | 4/2 | 111 | 2,548 | 1.51 | standard | Poor | 29 |



Risk Profiler Sold   Risk Profiler List   Sold   List





Provided on behalf of:

# 4805 S SHIELDS AVE CHICAGO IL 60609

Company:  
Risk Score (1 to 100): 50  
Benchmark Value: $168,000

Date: 03/21/2023  
Low [ Medium ] High

Ref #:14942766.1_197863  
Loan ID:0621552215  
Tracking ID:

HomePriceTrends Charts







Provided on behalf of: Berkshire Hathaway HomeServices - KoenigRubloff Realty Group Courtesy of Berkshire Hathaway HomeServices - KoenigRubloff Realty Group. Neither Berkshire Hathaway HomeServices - KoenigRubloff Realty Group nor MLS(s) guarantees or is in any way responsible for the accuracy of the information. The information should be independently

RID# 402450943

Copyright © 2009-2023 Collateral Analytics LLC. All rights reserved.



**CA Risk Profiler**

Provided on behalf of:

BERKSHIRE HATHAWAY | KoenigRubloff
HomeServices | Realty Group

## 4805 S SHIELDS AVE CHICAGO IL 60609

Company:
Risk Score (1 to 100): 50
Benchmark Value: $168,000

Date: 03/21/2023
Low   Medium   High

Ref #:14942766.1_197863
Loan ID:0621552215
Tracking ID:

### High Risk Questions

| Question | | | |
|---|---|---|---|
| 1. Is the Unpaid Principal Balance less than $60,000 and Is AVM Confidence Score greater than 79 and Is the AVM Absolute Percent Variance greater than 30% and Is the AVM Absolute Dollar Variance greater than $30,000 | PASS | FAIL | N/A |
| 2. Is the Subject Property Type Land only | PASS | FAIL | N/A |
| 3. Is the BPO Value less than $5,000 | PASS | FAIL | N/A |
| 4. Is the BPO above grade GLA less or equal to 500 Square Feet and Is the BPO Value greater or equal to $250,000 | PASS | FAIL | N/A |
| 5. Is the AVM Confidence Score greater than 79 and Is the absolute variance between the AVM value and BPO Value greater than 30% and Is the absolute Dollar Variance greater than $30,000 | PASS | FAIL | N/A |
| 6. Is the Subject Property a new construction | PASS | FAIL | N/A |
| 7. Is property currently impacted by Disaster = Yes | PASS | FAIL | N/A |
| 8. Is there evidence of a disaster | PASS | FAIL | N/A |
| 9. Red Flag = Stigma | PASS | FAIL | N/A |
| 10. No AVM Hit | PASS | FAIL | N/A |
| 11. Is the absolute variance between the BPO value and prior BPO value greater than 30% and is the absolute Dollar Variance greater than $30,000 | PASS | FAIL | N/A |

### Medium Risk Questions

| Question | | | |
|---|---|---|---|
| 1. Subject Property: Is the absolute variance more than 5% between the current BPO Living area and the previous BPOs? | PASS | FAIL | N/A |
| 2. Subject Property: Is the absolute variance more than 5% between the current BPO Site Size and the previous BPOs? | PASS | FAIL | N/A |
| 3. Subject Property: Is there Age variance between the current BPO Age and the previous BPOs? | PASS | FAIL | N/A |
| 4. Subject Property: Is there Bedroom variance between the current BPO and the previous BPOs? | PASS | FAIL | N/A |
| 5. Subject Property: Did the agent report materially different condition than the previous BPOs (from Fair to Good, Poor to Good, Fair to Excellent, Poor to Excellent)? | PASS | FAIL | N/A |
| 6. Subject Property: Is the current BPO property type different from what was reported on the previous BPOs? | PASS | FAIL | N/A |
| 7. Subject Property: Is the Living Area absolute variance between the BPO and MLS greater than 5%? | PASS | FAIL | N/A |

Copyright © 2009-2023 Collateral Analytics LLC. All rights reserved.

8. Subject Property: Is the Site Size absolute variance between the BPO and MLS greater than 5%? ☐ PASS ☐ FAIL ☒ N/A

9. Subject Property: Is there Age variance between the BPO and MLS? ☐ PASS ☐ FAIL ☒ N/A

10. Subject Property: Is there Bedroom variance between the BPO and MLS? ☐ PASS ☐ FAIL ☒ N/A

11. Subject Property: Is the Living Area absolute variance between the BPO and Public Record greater than 10%? ☒ PASS ☐ FAIL ☐ N/A

12. Subject Property: Is the Site Size absolute variance between the BPO and Public Record greater than 10%? ☒ PASS ☐ FAIL ☐ N/A

13. Subject Property: Is there Age variance between the BPO and Public Record? ☒ PASS ☐ FAIL ☐ N/A

14. Subject Property: Is the number of Bedrooms absolute variance between the BPO and Public Record equal to or greater than 1? ☒ PASS ☐ FAIL ☐ N/A

15. Subject Property Condominium and Townhomes: Do all comparables have different bedroom count? ☐ PASS ☐ FAIL ☒ N/A

16. Subject Property Condominium and Townhomes: Are any of the comparables not the same property type as the subject? ☐ PASS ☐ FAIL ☒ N/A

17. Subject Property Multi Family: Are any of the comparables not the same property type as the subject? ☐ PASS ☐ FAIL ☒ N/A

18. Subject Property Manufactured Housing: Are two or more comparables different property type than the subject? ☐ PASS ☐ FAIL ☒ N/A

19. Comparables: Do any of the Sold Comparables have Living Area absolute variance between BPO and MLS more than 5%? ☐ PASS ☐ FAIL ☒ N/A

20. Comparables: Do any of the Sold Comparables have Site Size absolute variance between BPO and MLS more than 5%? ☐ PASS ☐ FAIL ☒ N/A

21. Comparables: Do any of the Sold Comparables have Age variance between BPO and MLS? ☐ PASS ☐ FAIL ☒ N/A

22. Comparables: Do any of the Sold Comparables have Bedroom variance between BPO and MLS? ☐ PASS ☐ FAIL ☒ N/A

23. Comparables: Do any of the Listing Comparables have Living Area absolute variance between BPO and Public Record more than 10%? ☐ PASS ☒ FAIL ☐ N/A

24. Comparables: Do any of the Listing Comparables have Site Size absolute variance between BPO and Public Record more than 10%? ☒ PASS ☐ FAIL ☐ N/A

25. Comparables: Do any of the Listing Comparables have Age variance between BPO and Public Record? ☐ PASS ☒ FAIL ☐ N/A

26. Comparables: Do any of the Listing Comparables have Bedroom absolute variance between BPO and Public Record equal to or greater than 1? ☐ PASS ☒ FAIL ☐ N/A

27. Comparables: Does more than one of the Sold Comparables OR more than one of the Listing comparables have a different condition type than the subject's condition? ☒ PASS ☐ FAIL ☐ N/A

28. Comparables: Does more than one of the Sold Comparables OR more than one of the Listing comparables have exceeded the distance parameters? ☐ PASS ☒ FAIL ☐ N/A

Copyright © 2009-2023 Collateral Analytics LLC. All rights reserved.

 CA Risk Profiler

Provided on behalf of:   BERKSHIRE HATHAWAY | KoenigRubloff HomeServices | Realty Group

# 4805 S SHIELDS AVE  CHICAGO  IL  60609
Market Condition Score: Soft

Loan No: 0621552215
Ref No:  14942766.1_197863

Date: 03/21/2023
Retro Dt:



## Property Information

| County: COOK | Property Type: Single Family | Beds: 2 | Baths: 1 | SqFt: 1007 |
|---|---|---|---|---|
| Land: 2935 | Yr Built: 1973 | Carrier Route: C075 | Asd Value: 3,499 | Asd Yr: 2021 |
| Sld Price: | Sld Date: | List Price: | List Date: | Off Mkt Date: |

## Market Conditions Analysis

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 50 | 18 | 14 | -29% | declining |
| Absorption Rate (Total Sales/Months) | 8 | 6 | 5 | -29% | declining |
| Total # of Comparable Active Listings | 57 | 47 | 47 | 1% | stable |
| Months of Housing supply (Total Listings/Ab. Rate) | 7 | 8 | 9 | 38% | increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Median Comparable Sale Price | $252,500 | $225,000 | $149,000 | -8% | declining |
| Median Comparable Sales Days on Market | 17 | 16 | 17 | -32% | declining |
| Median Comparable List Price | $290,000 | $279,900 | $349,900 | 15% | increasing |
| Median Comparable Listings Days on Market | 47 | 96 | 48 | 12% | increasing |
| Median Sale Price as % of List Price | 99% | 100% | 99% | 0% | stable |

| Foreclosure & REO & Short Sale Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Foreclosure Sales | 24 | 20 | 13 | 52% | increasing |
| REO Sales | 16 | 7 | 2 | -3% | stable |
| Short Sales | 0 | 0 | 0 | -43% | declining |
| Foreclosure % of Regular & REO Sales | 36% | 57% | 76% | 101% | increasing |

**Disclaimer: This estimate of market value** is computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics LLC to available public record, local market and proprietary data. This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property and should not be relied upon as such. The data used to generate this report does not include information that could be derived from an inspection of the subject property and its surroundings. The condition of the property could greatly affect the accuracy of the estimate of value. The data and the information derived from the data in this report is provided as available and "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk. Collateral Analytics LLC is not liable for the accuracy of the data or information provided in this report. The accuracy of the data and methodologies used are deemed reliable but are not warranted or guaranteed. The **charts and graphs** contained herein are computer generated by the application of various mathematical techniques proprietary to Collateral Analytics LLC to available public record, local market and proprietary data compiled by Collateral Analytics LLC. Such data is deemed reliable but may not be complete or accurate in all cases and is not guaranteed. Collateral Analytics, LLC is not liable for the accuracy of the information provided. The information displayed in these graphics is provided "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk.

Copyright © 2009-2023 Collateral Analytics LLC. All rights reserved.

**Risk Score** - The Risk Profiler Risk Score is a measure of the overall level of risk of the appraisal (valuation report) on a scale from 1 (lowest risk) to 100 (highest risk). This is determined by a number of factors which include the benchmark value, accuracy of the data provided on the subject property and comparables, and the choice of the comparables selected.

**Valuation Confidence Score** - The Valuation Confidence Score is a measure from 0 (least) to 100 (most) of the implied accuracy of the appraised value based on the actual comparables used.

**CA AVM Value** - Collateral Analytics' Automated Valuation Model (AVM) Value is a real estate property valuation using a number of mathematical models applied to quantitative data on the subject property and surrounding comparable properties.

**CA AVM Confidence Score** -The AVM Confidence Score is a measure of the expected accuracy of the AVM value in predicting the actual market value of a property. The confidence score ranges between 50 (lowest) and 99 (highest).

**Subject Similarity Score** - The Subject Similarity Score is an index rating from 0 (least) to 100 (most) of how similar the subject property is relative to the surrounding market comparables based on primary property characteristics such as the living area, number of bedrooms, bathrooms, proximity, etc.

**Overall Risk Level** - The Overall Risk Level is a categorization of the risk level of the subject property valuation on a Low, Medium, or High Risk basis determined by how the appraisal (valuation report) performed relative to a predefined set of quantitative and qualitative Medium and High Risk questions by determining the higher of the risk score level or the risk level of any failed risk questions.

Copyright © 2009-2023 Collateral Analytics LLC. All rights reserved.

## mr. cooper
PO Box 619097
Dallas, TX 75261

CHANGING THE FACE OF HOME LOANS

**05/04/2023**



OUR INFO
ONLINE
**www.mrcooper.com**

YOUR INFO
LOAN NUMBER
**0621552215**

PROPERTY ADDRESS
**4805 S SHIELDS
CHICAGO, IL 60609**

1126 1 MB 0.531 T4 P1 AUTO 860650.2-NNNN-31089647
ESTATE OF ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

860650.2-NNNN-3915312802-1126.1

Dear ESTATE OF ANTWINE:

We received your application for loss mitigation options and/or supporting documentation (the "Borrower Response Package"). We have conducted a review of the documentation supplied by you and the Borrower Response Package appeared to be complete as of **4/26/2023**, with regard to the information previously requested.

While you have provided all documentation previously requested, we have determined that additional information is needed before we can evaluate your loss mitigation request. This letter includes a list of the document(s) we've already received and their status, the additional document(s)/information we need and the next steps for you to take. We encourage you to return the specified documentation to us by **5/26/2023.**

| Estate Of Antwine | | | |
|---|---|---|---|
| Required Information | Document Status | Expiration Date | Next Steps |
| RMA (Request for Modification and Affidavit Form) Or UBAF (Uniform Borrower Assistance Form) | Update Needed | | Please provide the required document. |
| Two months bank statements or other third party documents showing evidence of payments for benefits income | Expired | 5/4/2023 | The information you provided has exceeded our allowable time frame. Please supply updated information and resubmit. |
| Current award letter for fixed income that shows the amount, frequency, and duration of the benefit income | Complete | NA | Nothing further is needed for this document at this time. |
| Death Certificate or Legal documentation evidencing deceased borrower/co-borrower | Complete | NA | Nothing further is needed for this document at this time. |
| Proof of occupancy/Luxury Bill | Complete | NA | Nothing further is needed for this document at this time. |

If any documents are shown to be **'not received', 'update needed'** or **'expired',** we encourage you to return the document(s) to us as soon as possible. Various delivery options are provided on the next page.

Please note that because either this is not your first **loss** mitigation application during your current delinquency or because you did not submit a complete Borrower Response Package more than 37 days prior to a scheduled foreclosure sale, any foreclosure-related legal actions will continue and the foreclosure sale date, if set, will not be postponed, so **time is of the essence.** If you have already received notice of a foreclosure sale, you will need to act quickly or it may not be possible to evaluate your application prior to the foreclosure sale. If your complete Borrower Response Package is received less than 37 days prior to a scheduled foreclosure sale date, there is no guarantee that we can evaluate you for a loss mitigation option in time to stop the foreclosure sale or that a court with jurisdiction over the foreclosure proceeding or public official charged with carrying out the sale will permit us to halt the sale. We must, however, receive the complete Borrower Response Package no later than 7 days prior to a scheduled foreclosure sale or we will not be able to evaluate it. **Do not ignore any foreclosure notices.**

Once you have provided the additional documentation/information to us as requested, we will evaluate for all loss mitigation options available to you. At the conclusion of the evaluation period, we will send you a notification informing you of the eligibility of those loss mitigation options. If you qualify for a loss mitigation option, you will have 14 days from the date of the offer letter to

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



1-16



**mr.**
**cooper** PO Box 619097
Dallas, TX 75261

CHANGING THE FACE OF HOME LOANS

04/28/2023



OUR INFO

ONLINE
**www.mrcooper.com**

YOUR INFO

LOAN NUMBER
0621554215

PROPERTY ADDRESS
**4805 S SHIELDS**
**CHICAGO, IL 60609**

363 1 MB 0.531   T1 P1   AUTO   854659.2-NNNN-31085893

ESTATE OF ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609



CERTIFICATE
OF
REDEMPTION

Dear ESTATE OF ANTWINE:

We received your application for loss mitigation options and/or supporting documentation (the "Borrower Response Package"). We have conducted a review of the documentation supplied by you and the Borrower Response Package appeared to be complete as of **4/26/2023**, with regard to the information previously requested.

While you have provided all documentation previously requested, we have determined that additional information is needed before we can evaluate your loss mitigation request. This letter includes a list of the document(s) we've already received and their status, the additional document(s)/information we need and the next steps for you to take. We encourage you to return the specified documentation to us as soon as possible; we must receive it no later than 7 days prior to any scheduled foreclosure sale. **Time is of the essence.**

| Estate Of Antwine | | | |
|---|---|---|---|
| Required Information | Document Status | Expiration Date | Next Steps |
| Proof of occupancy/Luxury Bill | Not Received | | Please provide the required document. |
| Current award letter for fixed income that shows the amount, frequency, and duration of the benefit income | Complete | NA | Nothing further is needed for this document at this time. |
| Death Certificate or Legal documentation evidencing deceased borrower/co-borrower | Complete | NA | Nothing further is needed for this document at this time. |
| RMA (Request for Modification and Affidavit Form) Or UBAF (Uniform Borrower Assistance Form) | Complete | NA | Nothing further is needed for this document at this time. |
| Two months bank statements or other third party documents showing evidence of payments for benefits income | Complete | NA | Nothing further is needed for this document at this time. |

If any documents are shown to be **'not received', 'update needed'** or **'expired',** we encourage you to return the document(s) to us as soon as possible. Various delivery options are provided on the next page.

Please note that because either this is not your first loss mitigation application during your current delinquency or because you did not submit a complete Borrower Response Package more than 37 days prior to a scheduled foreclosure sale, any foreclosure-related legal actions will continue and the foreclosure sale date, if set, will not be postponed, so **time is of the essence**. If you have already received notice of a foreclosure sale, you will need to act quickly or it may not be possible to evaluate your application prior to the foreclosure sale. If your complete Borrower Response Package is received less than 37 days prior to a scheduled foreclosure sale date, there is no guarantee that we can evaluate you for a loss mitigation option in time to stop the foreclosure sale or that a court with jurisdiction over the foreclosure proceeding or public official charged with carrying out the sale will permit us to halt the sale. We must, however, receive the complete Borrower Response Package no later than 7 days prior to a scheduled foreclosure sale or we will not be able to evaluate it. **Do not ignore any foreclosure notices**.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



EQUAL HOUSING OPPORTUNITY

1-16



Once you have provided the additional documentation/information to us as requested, we will evaluate for all loss mitigation options available to you. At the conclusion of the evaluation period, we will send you a notification informing you of the eligibility of those loss mitigation options. If you qualify for a loss mitigation option, you will have 14 days from the date of the offer letter to accept or reject the offer. If you do not respond within 14 days, the offer may be deemed as rejected. There is no guarantee that you will qualify or receive any loss mitigation options. Depending upon the programs for which you are evaluated, we may be required to obtain third party approval to determine your eligibility.

In determining whether you are eligible for a modification program, we may obtain a valuation of your property such as an appraisal or BPO. In such case, we will promptly provide you with a copy of any such valuation regardless of whether you are approved for a modification. Copies of valuations will be provided at no cost to you.

You may be entitled to additional protections under State or Federal law.

Return your complete Borrower Response Package with all requested documentation/information to us as soon as possible; we must receive it no later than 7 days prior to a scheduled foreclosure sale. As of the date of this letter, a foreclosure sale date has been scheduled for 5/4/2023.

Submit your information to us as soon as possible so we can complete the review process.

- Online -      www.mrcooper.com
- Email -      modification.assistance@mrcooper.com
- Fax -      214-488-1993
- Mail -      Mr. Cooper
                 Attn: Loan Modification Processing Unit
                 PO Box 619097
                 Dallas, TX 75261

Log in to our website at www.mrcooper.com to track your loan modification status.

If you need assistance completing the package, you can visit www.HUD.gov/counseling for access to a list of HUD-approved counselors, and the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or https://www.consumerfinance.gov /mortgagehelp/ for additional support.

You should also consider contacting Mortgagees of any other Mortgages secured by 4805 S SHIELDS, CHICAGO, IL 60609 to discuss available loss mitigation options.

If you have any questions, your Dedicated Loan Specialist is Ashley Smith and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our office hours are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,
Mr. Cooper

854659.2-NNNN-3907201283-363.2



CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**04/06/2023**



**OUR INFO**
CUSTOMER SERVICE
**888-480-2432**
Mon-Thu     7 a.m. to 8 p.m. (CT)
Fri              7 a.m. to 7 p.m. (CT)
Sat             8 a.m. to 12 p.m. (CT)
ONLINE
**www.mrcooper.com**

2782  1 MB 0.531   T8 P1   AUTO   815224.5-NNNNNN-31063997
ESTATE OF REBECCA ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

**YOUR INFO**
LOAN NUMBER
0621552215

PROPERTY ADDRESS
**4805 S SHIELDS
CHICAGO, IL 60609**

# YOU COULD BE PROTECTED UNDER SCRA.

Dear ESTATE OF ANTWINE,

Our records tell us that one or more payment(s) on your Mr. Cooper home loan is overdue. If you are a member of our military (or a spouse or dependent of such a servicemember), you may be entitled to certain rights under the Servicemembers Civil Relief Act (SCRA). We've enclosed the Servicemember Civil Relief Act Notice Disclosure for your convenience.

**Housing Counselors:** For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the Department of Housing and Urban Development at https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

If you have any questions, your Dedicated Loan Specialist is Ashley Smith and can be reached at (866)-316-2432 or via mail at 8950 Cypress Waters Blvd. Coppell, TX 75019.

Please don't hesitate to reach out.
Thank you for your dedicated service to our country.

Sincerely,
The Mr. Cooper Customer Service Team

**SERVICEMEMBERS:**
*Contact our dedicated Military Families Department.*
*Phone: 855-430-8492*
*Email: militaryfamilies@ mrcooper.com*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.




EQUAL HOUSING OPPORTUNITY

815224.5-2782.1

50-73



| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-05{ Exp 3/31/20: |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741
- There is no requirement under the SCRA; however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.



**04/06/2023**



PO Box 619097
Dallas, TX 75261

OUR INFO
ONLINE
**www.mrcooper.com**

YOUR INFO
LOAN NUMBER
**0621552215**

PROPERTY ADDRESS
**4805 S SHIELDS**
**CHICAGO, IL 60609**

1328  1 MB 0.531   T4 P1   AUTO   815224.3-NNNNNN-31063705
ESTATE OF REBECCA ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

Dear ESTATE OF ANTWINE:

My name is Ashley Smith and as of 04/06/2023, I am your **new** Dedicated Loan Specialist.

As you know, my job is to help if you ever fall behind on your mortgage payments. **Please call me as soon as possible so we can talk about your situation and figure out a solution.**

Here is my contact information:

| | |
|---|---|
| **Name:** | Ashley Smith |
| **Phone:** | (866)316-2432 |
| **Address:** | 8950 Cypress Waters Blvd. Coppell, TX 75019 |
| **Fax:** | (214)488-1993 |

If I am unavailable, you can speak with one of my colleagues. They have access to your loan information and will be happy to assist you on my behalf. We are available Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

I look forward to hearing from you. Together, I'm confident we can find a great solution.

Sincerely,

Mr. Cooper

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



815224.3-1328.1

32-11





**Additional Resources**

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

815224.3-1328.2*

# Send Result Report

**KYOCERA**

MFP

ECOSYS M2535dn

Firmware Version 2PL_2000.005.011 2016.10.25

03/08/2024 14:40
[2PM_1000.005.001] [2PM_1100.001.004] [2PL_7000.001.006]

Job No.: 028354          Total Time: 0°02'23"          Page: 006

# Complete

Document:          doc02835420240308143720

---



## Social Security Administration
## Benefit Verification Letter

Date: February 21, 2024
BNC#: 24NY017C76021
REF: A, C3, DI

CARLA C ANTWINE
4805 S SHIELDS AVE
CHICAGO IL 60609-4536

Social Security Administration
5253 S Ashland Ave
Chicago, IL 60609

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 03/08/24 14:37 | **17732502299** | 0°02'23" | FAX | OK | 200x100 Normal/On |

---

1

[ LVZ6735017 ]



# Social Security Administration
# Benefit Verification Letter

Date: February 21, 2024
BNC#: 24NY017C76021
REF: A, C3, DI

CARLA C ANTWINE
4805 S SHIELDS AVE
CHICAGO IL  60609-4536

Social Security Administration
5253 S Ashland Ave
Chicago, IL 60609

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $2,237.10.

We deduct $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,062.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on July 21, 2011.

## Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $2,167.80.

We deducted $164.90 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,002.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

24NY017C76021                                                    Page 2 of 3

## Information About Current Social Security Benefits

Beginning July 1990, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning July 1990.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Information About Supplemental Security Income Payments

Beginning January 2016, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning January 2016.

We found that you became disabled under our rules on February 29, 2012.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2014.

You are entitled to medical insurance under Medicare beginning July 2019.

Your Medicare number is 1T97J33TA68. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is August 5, 1971.

24NY017C76021 Page 2 of 3

## Information About Current Social Security Benefits

Beginning July 1990, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning July 1990.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Information About Supplemental Security Income Payments

Beginning January 2016, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning January 2016.

We found that you became disabled under our rules on February 29, 2012.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2014.

You are entitled to medical insurance under Medicare beginning July 2019.

Your Medicare number is 1T97J33TA68. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is August 5, 1971.

Loan number: _____

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to [servicer name] via mail: [address], fax: [fax #], or online: [website/email address]. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact [servicer name] at [phone #].

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, or information on state or local government mortgage assistance programs that may be available; contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov /counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Fannie Mae's www.KnowYourOptions.com. Fannie Mae is the owner of your mortgage loan.

## Borrower Information

**Borrower's name** Carla Antoine

Social Security Number (last 4 digits): 4288

E-mail address catrice42.ca@gmail.com

Primary phone number 773-355-6937    ☑ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number _____    ☐ Cell ☐ Home ☐ Work ☐ Other

**Co-borrower's name** _____

Social Security Number (last 4 digits) _____

E-mail address _____

Primary phone number _____    ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number _____    ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text - checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: 4805 So. Shields Ave.

Mailing address (if different from property address): _____

- The property is currently: ☑ A primary residence ☐ A second home ☐ An investment property
- The property is (select all that apply): ☑ Owner occupied ☐ Renter occupied ☐ Vacant
- I want to: ☑ Keep the property ☐ Sell the property ☐ Transfer ownership of the property to my servicer ☐ Undecided

Is the property listed for sale? ☐ Yes ☐ No - If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes ☑ No – If yes, indicate monthly dues: $_____

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

☐ Short-term (up to 6 months)
☐ Long-term or permanent (greater than 6 months)
☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☑ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note**: Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members:** Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment**: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above: | ▪ Written explanation describing the details of the hardship and any relevant documentation |

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR** <br> ▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR** <br> ▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR** <br> ▪ Most recent complete and signed business tax return **OR** <br> ▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR** <br> ▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR** <br> ▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR** <br> ▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR** <br> ▪ Two most recent bank statements supporting receipt of the income |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR** <br> ▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ 0 |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ 0 |
| Stocks and bonds (non-retirement accounts) | $ 0 |
| Other: | $ |

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews . Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

\* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: *Carla Antuine*          Date: 3-8-2024

Co-Borrower signature: _____          Date: _____

**Please submit your completed application, together with the required documentation, to [servicer name] via mail: [address], fax: [fax #], or online: [website/email address]. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**



**mr. cooper** PO Box 619097
Dallas, TX 75261

CHANGING THE FACE OF HOME LOANS

06/29/2023 



OUR INFO
ONLINE
www.mrcooper.com

YOUR INFO
LOAN NUMBER
0621552215

1059 3 MB 0.531   T3 P1   AUTO   944721.1-NNNN-31 138847
ESTATE OF ANTWINE
C/O CARLA ANTWINE
4805 S SHIELDS
CHICAGO, IL 60609

PROPERTY ADDRESS
**4805 S SHIELDS
CHICAGO, IL 60609**

Dear ESTATE OF ANTWINE:

We have reviewed your application for mortgage assistance. Please find a summary of the programs for which you were evaluated below, based on the eligibility requirements of U.S. Bank Trust Company National Association, the owner/guarantor/trustee of your mortgage loan. U.S. Bank Trust Company National Association requires us to review your application for the options available to you in a certain order. This means that if you are approved for an option higher in the order, you may not qualify for options that are lower down on the list.

Please note that we have reviewed you for options that would allow you to keep the property and for options that would mean that you would not keep the property. Although you may have requested a specific loss mitigation option, we have evaluated you for all other available options to ensure you have sufficient information to make an informed decision.

- **Alternative Modification** - Approved
- **Alternative Modification** - Not Available
- **Short Sale** - Conditionally Approved
- **Deed In Lieu** - Conditionally Approved

If approved for any options, please note that these options are available only to the named Borrower(s) referenced above. If you have obtained the property through death, divorce, or other means and you qualify as a successor in interest, you may still be eligible for loss mitigation options, but we will need additional information to confirm your identity and ownership interest in the property. Please contact us to discuss your next steps.

Detailed information about the available loss mitigation programs and our analysis of your eligibility are provided below. You may find you are approved, or conditionally approved, for several different options. If you are eligible for more than one option, you may only accept one offer. Please note the deadlines to respond to each offer because if you do not respond in time, we will treat that as a rejection of the offer. To appeal a modification denial, you must appeal by the specified deadline.

Please be sure to read the instructions related to each option carefully. Please note that, unless specified otherwise, the instructions in each section relate only to the option discussed in that section.

**I. Retention Options:** Retention options allow a borrower to continue to make payments and remain in the property.

    **A.   Reinstatement:** A reinstatement is a single lump-sum payment to bring the mortgage current by paying all past due amounts, including amounts paid on a borrower's behalf, if any, as a result of failure to pay the mortgage on time.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.





**cooper**

**To Reinstate your mortgage, please refer to your Monthly Billing Statement.**

**B. Modification:** A modification changes the terms of the loan to cure past-due amounts and usually provides for more affordable payments.

We are offering you the opportunity to enter into a loan modification trial period plan under the Alternative Modification Program. This is the first step toward qualifying for a **permanent** loan modification. If you satisfy all of the terms of the offer, successfully complete the trial period plan by making the required payments, and return a signed loan modification agreement, we will sign the loan modification agreement and your loan will be permanently modified.

It is important that you read all of this information so you completely understand the actions you need to take to successfully complete the trial period plan to permanently modify your mortgage.

## Step 1: Contact Us or Send Your First Trial Period Plan Payment to Prevent Foreclosure Proceedings
**You must do one of these by 7/13/23:**

✓ Contact us by phone or in writing to let us know if you intend to accept this offer; **OR**
✓ Send your first trial period plan payment of $692.80 to accept this offer.

If you do not contact us or send your first trial period plan payment by **7/13/23**, foreclosure proceedings may be started or continue.

Mr. Cooper
PO Box 619097
Dallas, TX 75261

Phone: 866-316-2432

## Step 2: Make Your Trial Period Plan Payments (Payment Options Provided Below)

✓ To successfully complete the trial period plan, you must make the trial period plan payments below.

| Trial Period Plan Payments Schedule* | | | | |
|---|---|---|---|---|
| Installment | Payment Due Date | Principal and Interest Portion of Total | Taxes and Insurance Portion of Total* | Total Trial Period Plan Payment** |
| 1st payment | 08/01/2023 | $262.74 | $430.06 | $692.80 |
| 2nd payment | 09/01/2023 | $262.74 | $430.06 | $692.80 |
| 3rd payment | 10/01/2023 | $262.74 | $430.06 | $692.80 |

* Please note that your monthly taxes and insurance payment is subject to change.

**If you submit your first trial period plan payment by 7/13/23, follow this schedule for your subsequent trial period plan payments only. For the subsequent months, we must receive your trial period plan payments on or before the last day of the month shown in the above chart.

**We must receive each trial period plan payment in the month in which it is due.** If we do not receive a trial period payment by the last day of the month in which it is due, this offer is revoked and we may refer your mortgage to foreclosure. If your mortgage has already been referred to foreclosure, foreclosure related expenses may have been incurred, foreclosure proceedings may continue, and a foreclosure sale may occur.

**cooper** 

Make the trial period plan payments in place of your normal monthly mortgage payments. Be sure to only send one trial period plan payment each month in the amount specified in the chart. If you make more than one payment or payments that exceed the specified amount, final approval of your permanent modification agreement could be jeopardized.

Note that if this is a first lien mortgage, your trial period plan payments includes escrow payments for property taxes and homeowners insurance. If your monthly mortgage payments previously did not include escrow, your trial period plan payment amount may be higher than your prior payments. If the cost of your escrowed items increases, your monthly payment may increase as well.

**Step 3: Sign and Return the Loan Modification Agreement** – Your modified terms will take effect only after:

- ✓ You have signed and submitted your loan modification agreement (which we will send you near the completion of the trial period plan);
- ✓ We have signed the loan modification agreement and returned a copy to you upon completion of the trial period plan; AND
- ✓ The modification effective date set forth in the loan modification agreement has occurred.

*Note: If you have completed the Trial Period Plan but the permanent modification has not yet been finalized, please continue making payments in the amount specified in the Trial Period Plan Payment Schedule until the permanent modification has been signed by all parties.*

It is important that you thoroughly review the **Additional Trial Period Plan Information and Legal Notices and Frequently Asked Questions** information attached.

**Modification Terms**

Below is a comparison of your current loan terms versus the estimated terms if your account is modified. We can only estimate the modified terms because the amounts reflected in the chart below can vary. Depending on when the permanent modification is completed, additional interest, expenses, fees, or costs may be incurred.

| | Current P&I Payment And Terms | Estimated Modified P&I Payment And Terms** |
|---|---|---|
| **As of Date** | 4/13/2016 | 11/13/2023 |
| **Principal and Interest Payment*** | $267.32 | $262.74 |
| **Interest Rate** | 14.500% | 8.274% |
| **Remaining Term** | 30 | 480 |
| **Maturity Date** | 9/19/2018 | 10/13/2063 |
| **Deferred Principal**** | $0.00 | $0.00 |
| **Unpaid Principal Balance** | $6,509.89 | $40,492.84 |

*Your current and new total monthly payment may include an escrow payment for property taxes, hazard insurance, and other escrowed expenses, unless its inclusion is prohibited by applicable law. Please note that this amount is not reflected in this table.

**For more information on deferred principal, review the Frequently Asked Questions.

Note that the above Estimated Modified Unpaid Principal Balance may be different from your current Unpaid Principal Balance ("UPB"). This is because the modified UPB may include certain arrearages, fees and costs which have been capitalized. This means they have been added to your loan's UPB as permitted by applicable law and investor requirements.

A breakdown of the Estimated Modified Unpaid Principal Balance for your loan is provided below.



**Estimated Unpaid Principal Balance Breakdown**

| | |
|---|---|
| Current UPB | $6,509.89 |
| Delinquent Interest | $0.00 |
| Escrow Advances | $21,543.98 |
| Servicer Advances* | $6,268.05 |
| Deferred Principal | $0.00 |
| Estimated New UPB** | $40,492.84 |

*This amount may include allowable attorney fees and costs, property preservation expenses, inspection fees, and/or other expenses if allowed by state law and/or investor requirements.

**This amount may include anticipated advances and/or credits during the trial period plan which are not itemized above.

## What Else Do You Need to Know?

- The terms of your existing note and mortgage remain in effect until the mortgage is permanently modified. However, while you are making your monthly trial period plan payments and otherwise remain in compliance with this trial period plan, foreclosure proceedings will not start or continue.
- There are no modification processing fees for this trial period plan or for modifying your mortgage.
- If your mortgage is modified, we will waive all unpaid late charges.
- Once your mortgage is permanently modified, there will be no penalties for paying more than the amount due or for paying off the mortgage early.





cooper

**Frequently Asked Questions**

**Q. What is a trial period plan?**

- A trial period plan is a temporary payment relief period that allows you to demonstrate that you can consistently manage the estimated modified mortgage payment.

**Q. How does the modification work?**

- A loan modification changes some of the terms of your mortgage, such as monthly payment, interest rate, and maturity date, which may make your payment more affordable.
- You will repay the new interest-bearing mortgage balance in equal monthly payments over the modified term.
- To permanently modify your mortgage, you first need to successfully complete the trial period plan. Your modified mortgage payment will be based on the interest-bearing unpaid principal balance as of the end of the trial period and may be moderately different than the trial period plan payment, which is an estimate of your modified mortgage payment.
- Once you make all of your trial period plan payments on time and meet all of the terms in this trial period plan, you must sign and return the loan modification agreement. Once we determine you have complied with the trial period plan requirements, we will sign the loan modification agreement and send a copy back to you for your records.

**Q. What is deferred principal?**

- Deferred principal is a portion of the unpaid mortgage balance for which repayment is delayed. If your modified terms include deferred principal your due date for this amount would be the earliest of 1) the date you sell or transfer the property; 2) the date you refinance the modified mortgage; 3) the date you pay off the interest-bearing unpaid principal balance of the modified mortgage; or 4) the new maturity date of the modified mortgage. Interest is not charged on any deferred principal.

**Q. How will a trial period plan and loan modification impact my credit?**

- A trial period plan and loan modification may result in your credit score being adversely affected. Credit reporting agencies generally consider the entry into a trial period plan and loan modification as an increased credit risk. Please note, however, that continued delinquency, including a foreclosure, would have a more negative impact to your credit score.
- We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a trial period plan in accordance with applicable law.
- Once your loan is modified, you will be considered current on your mortgage and your credit score may improve so long as you make your payments on time.
- For more information about your credit score, go to: https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores/.

**Q. What if I need further assistance?**

- Please contact us anytime at 866-316-2432, especially if you experience another event that may prevent you from making your mortgage payment.
- If you are experiencing a financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.
- For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, information on state or local government mortgage assistance programs that may be available, and may be able to provide translation or other language assistance, contact one of the following federal government agencies:
  - ○ The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
  - ○ The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp





**Q. Why do I need to contact you within 14 days?**

- It is important to contact us within 14 days of the date of this letter. If your mortgage has already been, or is about to be, referred to foreclosure, contacting us will stop the foreclosure process. You can also stop the foreclosure process by sending the first trial period plan payment within 14 days of the date of this letter, which is earlier than the due date for the first trial period plan payment in Step 2.
- If your mortgage has already been referred to foreclosure, a foreclosure sale may occur if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.
- You may also incur additional expenses related to foreclosure if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.

**Q. Can I still receive a modification if I do not contact you or send the first trial period plan payment within 14 days?**

- Yes, except in the limited circumstances where a foreclosure sale occurs before the due date of the first trial period plan payment. However, you must make each of the trial period plan payments on time and then sign the final modification agreement as required in Steps 2 and 3.

**Q. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**

- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

**Payment Options:**

**Mail:** Mr. Cooper
Attn: Payment Processing
PO Box 650783
Dallas, TX 75265-0783

**Overnight Delivery:** Mr. Cooper
Attn: Payment Processing – 650783
3000 Kellway Drive, Suite 120
Carrollton, TX 75006

**Online Payment** allows you to log on to your account anytime to make a payment. Log onto www.mrcooper.com. There is no charge for this service.

**Phone Payment** is a pay-by-phone service provided through our phone system. There is no charge for this service. Call 888-480-2432.

**MoneyGram® ExpressPayment®** ensures same-day delivery of your payment. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union® Quick Collect®** ensures same-day delivery of your payment. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the Quick Collect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper
Code City: MRCOOPER
State: TX
• All Quick Collect transactions require cash. Western Union will charge a fee for this service.

**cooper**



## Additional Trial Period Plan Information and Legal Notices

**We will not refer your loan to foreclosure or proceed to foreclosure sale during the trial period plan, provided you are complying with the terms of the trial period plan:**

- If your complete application was received less than 37 days prior to a scheduled foreclosure sale date, there is no guarantee that we can stop the foreclosure sale or that a court with jurisdiction over the foreclosure proceeding or public official charged with carrying out the sale will permit us to halt the sale.
- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the trial period plan or no longer qualify for a permanent loan modification.
- We will hold the trial period plan payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. Unless required by applicable law, there will be no interest paid on the funds in the account and any funds in the account at the end of the trial period plan will be deducted from the amount that will be added to your principal balance.
- Our acceptance of your payments during the trial period plan does not waive our right to require immediate payment in full of all amounts you owe on your mortgage, including the right to resume or continue foreclosure action if you fail to comply with the terms of the plan. Entering a trial period plan does not mean that your mortgage will be considered current, unless your payments under the plan completely resolve all past due amounts.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to pay any such amounts as part of your monthly payment.**

- If this is a first lien mortgage, any prior escrow waiver that allowed you to pay directly for taxes and insurance is revoked as a part of the trial period plan. We may establish an escrow account immediately, and you will pay required escrow payments into that account, unless not allowed by applicable law. In this case, a portion of your trial period plan payment will cover these required escrow payments.

**Your current mortgage documents remain in effect; however, you are permitted to make the trial period plan payment instead of the current monthly payment required under your mortgage documents:**

- All the terms of your current mortgage note and mortgage document remain in effect during the trial period plan. Nothing in the trial period plan shall be understood to be a satisfaction or release in whole or in part of your obligations contained in the mortgage documents.

**We reserve the right to revoke this offer or terminate the trial period plan following your acceptance if we learn of information that would make you ineligible for the trial period plan or loan modification.** In this event, we may exercise any of the rights and remedies provided by the loan documents and applicable law

**Your mortgage will not be modified if you sold or transferred any interest in the property in violation of your mortgage loan documents.**

**If you fail to comply with the terms of the trial period plan, or later fail to comply with the terms of the modification agreement after completion of the plan, you may be ineligible for another loan modification.**

- **Alternative Modification** - Approved
- **Alternative Modification** - Not Available

Please note, as the servicer of your loan, we are responsible for responding to any questions related to investor requirements or the review of your request for assistance.



**Right to Appeal**

You have the right to appeal any loan modification denial listed above within 14 calendar days from the date of this notice. The appeal must be in writing, state that you are requesting an appeal of our decision, and must be sent to the mailing address below. You must include in the appeal your name, property address, and mortgage loan number. Please specify the basis for your dispute, and include any documentation you believe is relevant to the appeal, such as property valuation or proof of income.

Mr. Cooper
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

If you elect to appeal:

- We will provide you a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.
- If you have received another loss mitigation offer, you do not have to accept that offer until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification described above, we will send you an offer for that modification. In that case, you will be given 14 calendar days from the date of the appeal decision to let us know that you intend to accept the current offer or the new modification offer.
- Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage during the appeal.

**II. Non-Retention Options:** A non-retention option allows a borrower to transition out of their property without going through foreclosure. Non-retention options include Short Sales or Deeds-In-Lieu (sometimes known as a Mortgage Release).

    **A. Short Sale:** This option permits a borrower to sell their home for less than the balance remaining on the mortgage loan. Depending upon applicable law and investor requirements, a borrower may or may not be required to pay funds to reduce the difference between the amount owed and the approved purchase price.

Based on a careful review of your information, we are offering you an opportunity to pursue a short sale subject to the conditions set forth below. A final decision on the short sale is contingent upon our review of the purchase contract and any applicable Investor requirements. If the purchase contract is acceptable, you will receive a written final approval and closing information. If the purchase contract is unacceptable, we will notify you that the Short Sale is not approved

**If you are interested in selling your property through a Short Sale, please follow the steps below.**

1. Contact us at 866-312-2432 or in writing at PO Box 619097, Dallas, TX 75261 no later than 7/13/23 to let us know that you intend to accept this offer to pursue a short sale  If you indicate your intent to accept this offer we will defer or suspend foreclosure action on your loan until 8/13/23 while you attempt to sell your home. If you do not contact us by 7/13/23 to accept this offer, and you have not accepted another loss mitigation option or appealed our denial of a modification, we may start or continue foreclosure and a foreclosure sale may occur.

2. If you have not already done so, you will need to contact a real estate agent and list the property for sale. If you wish us to work directly with your real estate agent or another party on your behalf, you will need to provide a Third Party Authorization to us. You can obtain a Third Party Authorization form on our website at www.mrcooper.com.
   - If you need help finding a real estate agent, contact your Single Point of Contact (SPOC) who can refer you to a listing agent in your area.

**cooper**

3. If you have not already done so, have your real estate agent initiate a Short Sale case in Equator (our system of record) at www.equator.com to start the Short Sale review.

4. If you have not already done so, have your real estate agent provide the following documents in Equator once they are available:
   - Third Party Authorization
   - Multiple Listing Service (MLS)
   - Listing Agreement
   - Purchase Agreement (if you have an offer)
   - Proposed Closing Disclosure or Settlement Statement (if you have an offer)
   - Buyer's Proof of Funds (if you have an offer)

   Note: Based on Investor requirements, additional documentation may be required.

We will review any offers that are received for acceptability. Please be prepared to allow access to the property for an interior valuation of your home.

In some cases, a short sale auction may be required as part of the evaluation process to either help find an offer or validate an offer you already have. If an auction is required, you will be given further information and asked to sign a Short Sale Auction Agreement.

If you are not able to obtain a purchase offer that is acceptable to us by 8/13/23, you may continue your short sale effort, but we may commence or continue foreclosure. We may review any purchase offer submitted, but only if there is adequate time to evaluate the offer prior to the foreclosure sale date.

**NOTE: Cancellation of debt may have tax consequences. Please consult your tax advisor to discuss potential tax consequences.**

**B. Deed-in-Lieu/Mortgage Release:** A Deed-in-Lieu, also called a "Mortgage Release," permits a borrower to voluntarily transfer the property to the owner of the mortgage to satisfy some or all of the mortgage debt. Depending upon applicable law and investor requirements, the borrower may be required to pay funds to reduce the difference between the amount owed on the loan and the value of the property being transferred.

Based on a careful review of your information, you have been conditionally approved to pursue a Deed-in-Lieu of foreclosure/Mortgage Release.

**If you are interested in transferring the property through a Deed-in-Lieu/Mortgage Release, please follow the steps below.**

1. Contact us at 866-312-2432 or in writing at PO Box 619097, Dallas, TX 75261 no later than 7/13/23 to let us know that you intend to accept this offer to pursue a Deed In Lieu/Mortgage Release. If you indicate your intent to accept this offer we will not refer your loan to foreclosure, or if your loan has been referred to foreclosure, we will suspend the next action in the foreclosure proceedings.

   If you do not contact us by this date to accept this offer, and you have not accepted another loss mitigation alternative or appealed our denial of a modification, or if you accept but we are unable to complete the Deed In Lieu/Mortgage Release within 45 days of your acceptance, we may start or continue with the foreclosure process and a foreclosure sale may occur.

2. If you have not already done so, go to https://www.mrcooper.com/reference_documents/MRC_statement_of_information.pdf to obtain a Statement of Information form. You can also contact your Single Point of Contact and you will be provided with a copy of the form. Make sure all borrowers on the mortgage have completed and signed the Statement of Information. Please submit the Statement of Information Form as soon as possible. This provides us with important additional information that we need to start the Deed-in-Lieu/Mortgage Release final review.
   - Online: www.mrcooper.com
   - Email: modification.assistance@mrcooper.com
   - Fax: 214-488-1993
   - Mail: Attn: Loan Modification Processing Unit -PO Box 619097, Dallas, TX 75261

cooper



### Additional Information About Conditions Which Must Be Met for Final Approval

Here are details about your responsibilities in the Deed in Lieu/Mortgage Release process:

- **Title:**
  - Clear and marketable title to the property must be conveyed free of any liens and encumbrances, with a general warranty deed or local equivalent that enables us to settle the Mortgage Release in a timely manner.

- **Subordinate Liens:**
  - If you have other liens on your property (for example, a second mortgage, tax lien, or homeowners association lien), you must cooperate with us in a timely manner, as necessary, so that we may attempt to negotiate and obtain the release of any such liens.

- **Property Inspection and Property Condition:**
  - We may need to conduct an interior inspection of the property, which will require that you provide access. Unless you have been approved for and signed a lease or a use and occupancy agreement for the property, you must leave the property in broom-swept condition and free of interior and exterior trash, debris, or damage. All personal belongings must be removed from the property. The yard must be clean and neat, and you must deliver all the keys and controls (for example, garage door openers) to us.

- **Personal Property Release:**
  - You must provide us with a release that you waive ownership of any personal belongings or materials left at or in the property after the date you agree to vacate the property. Unless you have been approved for and signed a lease or use and occupancy agreement for the property, you and all other occupants must remove all personal belongings and vacate your property.

- **Deficiency Waiver:**
  - If you complete the Mortgage Release according to the terms approved by us, including any required borrower financial contribution, you will be released from liability for any deficiency that remains after the property is sold. This eliminates your mortgage debt and cancels the remaining amount you owe.

- **Relocation Assistance:**
  - You may be eligible for relocation assistance. This amount would be paid within 30 days of our acceptance of the executed Mortgage Release if you comply with the property conditions outlined above.

- **Transfer/Closing:**
  - You may be required to sign standard pre-closing documents and possibly attend a closing of the transfer of your property, where all owners of the property must be present.

The completion of the Deed-in-lieu/Mortgage Release is still subject to investor and our guidelines.

**NOTE: Cancellation of debt may have tax consequences. Please consult your tax advisor to discuss potential tax consequences.**

### Additional Information Related to All Loss Mitigation Options

A third-party appraisal or other written valuation was developed in connection with your application for loss mitigation. A copy of that valuation was sent to your mailing address. If you did not receive a copy, please contact us directly to request an additional copy.

Visit us on the web at www.mrcooper.com for more information.

**Housing Counselors:**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the

cooper



Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling 800-569-4287.

**Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.**

If you were denied for any workout option, we may have obtained a credit report or credit score for our evaluation. The consumer reporting agencies that may have provided information, which may have influenced the decision in whole or in part, are listed below. The reporting agencies played no part in the decision and are unable to supply specific reasons why your request for a workout was denied. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the credit reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies. Any questions regarding such information should be directed to the credit reporting agencies.

| Reporting Agency | Address | Telephone |
|---|---|---|
| Equifax Information Services LLC | PO Box 740241 Atlanta, GA 30374 | 800-685-1111 |
| Experian | PO Box 2002 Allen, TX 75013 | 888-397-3742 |
| Transunion | PO Box 1000 Chester, PA 19022 | 866-887-2673 |

If you have any questions, your Dedicated Loan Specialist is Ashley Smith and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our office hours are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper





**Notices of Error:**

If you believe an error has been made with respect to your mortgage loan, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the error you believe has occurred. To submit a notice of error, you must send this information to the following address:

Mr. Cooper
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

**Requests for Information:**

To request information regarding your account, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the information you are requesting with respect to your mortgage loan. To submit a request for information, you must send this information to the following address:

Mr. Cooper
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741